JASINSKI, P.C.
60 Park Place, 8th Floor
Newark, New Jersey 07102
T: (973) 824-9700
F: (973) 824-6061
*Attorneys for Defendants*
*The Beverage Works NY, Inc. and Ricardo Valentine*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN PACHECO and NICOLAS JONES, on behalf of themselves and all others similarly-situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE BEVERAGE WORKS NY, INC., and RICARDO VALENTINE, in his individual and professional capacities,<br><br>          Defendants. | Civil Action No. 14-5763 (DLI) (MDG)<br><br>**CERTIFICATION OF**<br>**JEFFREY C. BROWN** |

I, JEFFREY C. BROWN, of full age, upon my certification say:

1.      I am the Vice President of Operations of Defendant, The Beverage Works NY, Inc. ("Beverage Works"). I make this Certification in support of Defendants' Motion seeking to either stay or dismiss the within action and for entry of an order compelling individual arbitration of Plaintiffs' claims.

2.      Beverage Works is a New York Corporation with an office in Monmouth County, New Jersey, that engages in the sale and distribution of Red Bull beverage products in Long Island, the five (5) boroughs of New York City, and northern and central New Jersey.

3.      Defendant, Ricardo Valentine, is an employee of Beverage Works.

4.    Attached hereto as Exhibit A is the collective bargaining agreement between Local 713, I.B.O.T.U. ("Union") and Beverage Works ("CBA").

5.    The Union is the "sole and collective bargaining agent on behalf of sales representatives, warehouse, and delivery employees" of Beverage Works.  Exhibit A, Section I.

6.    Plaintiffs, with the exception of Nicholas Jones, all worked for Beverage Works as delivery sales representatives.  As delivery representatives, they were each assigned a route which, as set forth in the CBA, was designed to be completed in eight (8) hours.

7.    Plaintiff, Nicholas Jones, worked as a Beverage Works' warehouse employee.

8.    Thus, the terms of the Plaintiffs' employment are governed by the negotiated agreement between Beverage Works and the Union as well as Beverage Works' Employee Handbook which is expressly incorporated into and made a part of the CBA. Exhibit A, Article XX and Exhibit 1.

9.    The CBA also sets forth the wages for hourly employees and provides that hourly workers included in the collective bargaining unit shall be paid time and a half for hours worked over forty (40) hours per week. Exhibit A, Articles VII and VIII.

10.    The CBA designates delivery drivers and salesman as salaried positions and sets forth their bonus and base salary requirements.  Exhibit A, Articles IX and XXI

11.    Sales and delivery representatives work independently and away from the facility. The CBA specifically recognizes this fact.  Specifically, it provides that the "parties recognize the unique position of the sales and delivery representative and its independence in performing its responsibilities." Exhibit A, Article XX, Section (3).

12.    The sales and delivery employee's responsibility is to complete his or her route. Once complete, his or her work for the day is essentially done.  Beverage Works does not monitor

these employees. It does not keep track of when they start or finish or, the amount or duration of breaks. It simply assigns each person a route which is designed to be completed in an eight (8) hour day. In light of this arrangement, an employee must tell Beverage Works if his or her route takes more than eight (8) hours to complete.

13.    Given that Beverage Works is not in a position to monitor these employees throughout the day, the CBA provides that these employees shall be paid to complete his or her assigned route, which route is designed to be completed in an eight (8) hour day and if a route is taking more or less time to complete, "the employee will notify his supervisor and the supervisor, upon confirming the length of time will adjust the route up or down to ensure the route can be completed in eight hours." Exhibit A, Article IX.

14.    In the event an employee has a dispute, the CBA contains a Grievance and Arbitration provision wherein the Parties agreed that "[a]ny dispute between the Union and [Beverage Works] arising out of or under [the CBA]" shall be subject to arbitration. Exhibit A. Article XVII.

15.    In addition, Section 3 of Article XX of the CBA provides:

The parties recognize The Beverage Works' right to promulgate and modify and enforce an Employee Handbook including rules and regulations which the Union acknowledges and agrees all employees will be required to follow and bound by.

16.    The terms and conditions of the Beverage Works' Employee Handbook ("Employee Handbook") are specifically incorporated into the negotiated CBA. Attached hereto as Exhibit B is the Employee Handbook and attached hereto are as Exhibit C are the Plaintiffs' signed acknowledgements of their receipt of the Employee Handbook.

3

17.     The Employee Handbook which is part of the CBA requires the arbitration of all state and federal law claims.  It specifically provides defines the disputes subject to arbitration as follows:

> A dispute is based on a legal claim and is subject to this Policy if it arises from or involves **a claim under any federal, state or local statute, ordinance, regulation or common law doctrine** regarding or relating to employment discrimination, **terms and conditions of employment**, or termination of employment including, but not limited to the following:  Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866 and 1991, the Equal Pay Act of 1963, Section 1981 of the Civil Rights Act, the Workers' Adjustment and Retraining Notification Act, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Uniformed Services Employment and Reemployment Act of 1994, **the Fair Labor Standards Act of 1938**, the Sarbanes-Oxley Act of 2002, the New Jersey Family Leave Act, the New Jersey Law Against Discrimination, the New Jersey statutory provisions regarding retaliation/discrimination for filing a workers' compensation claim, the New Jersey Conscientious Employee Protection Act and all applicable amendments and regulations; any whistleblower or retaliation claims; breach of contract, or promissory estoppel, or any other contract claim and defamation, employment negligence, or any other tort claim.

18.     In addition, employees are required to arbitrate their disputes on an individual basis.

The Employee Handbook specifically provides:

> **No dispute between an employee and Beverage Works may be consolidated or joined with a dispute between any other employee and Beverage Works, nor may an individual employee seek to bring his/her dispute on behalf of other employees as a class or collective action.**  Any arbitration ruling by an arbitrator consolidating the disputes of two or more employees or allowing class or collective action arbitration would be contrary to the intent of this Policy and would be subject to immediate judicial review.

19.     In this Motion, Beverage Works only seeks to enforce its rights under the CBA which was the result of arms - length bargaining by and between the parties.  Beverage Works has paid all of its employees in accordance with the CBA and all state and federal laws and, therefore, believes that it shall ultimately prevail.  However, the merits of Plaintiffs' claims should not be determined in this forum, but by individual arbitration as required by Beverage Works' CBA.

4

I certify that the foregoing statements made by me are to the best of my knowledge are true and that if they are willfully false I am subject to punishment.

DATED: December 2, 2014

JEFFREY C. BROWN

# Exhibit A

COLLECTIVE BARGAINING AGREEMENT

Between

THE BEVERAGE WORKS NY, INC.

And

Local 713, I.B.O.T.U., IUJAT

100 Garden City, New York 11530

EFFECTIVE DATE: February 1, 2013

EXPIRATION DATE: February 31, 2016

CONTENTS

ITEM                                                                    PAGE

     AGREEMENT ...................................................................................1

I.     UNION RECOGNITION ...........................................................1
II.    NO DISCRIMINATION..............................................................2
III.   PROBATION PERIOD ............................................................3
IV.   TEMPORARY EMPLOYEES....................................................3
V.    VISITATION ............................................................................4
VI.   BULLETIN BOARD...................................................................4
VII.  HOURS OF WORK ..................................................................4
VIII. OVERTIME...............................................................................4
IX.   SALARIED EMPLOYEES.........................................................5
X.    HOLIDAYS ...............................................................................5
XI.   SICK DAYS .............................................................................6
XII.  VACATIONS.............................................................................6
XIII. MOURNING PERIOD...............................................................7
XIV. CHECK-OFF ...........................................................................7
XV.  HEALTH & WELFARE & SECURITY FUND...............................7
XVI. LEAVE OF ABSENCE .............................................................8
XVII. LAY-OFFS AND DISCHARGES ..............................................9
XVIII. GRIEVANCE AND ARBITRATION ..........................................9
XIX. RESIGNATION .......................................................................9
XI.   MANAGEMENT RIGHTS .......................................................10
XXI. WAGES...................................................................................11
XXII. NOTICES ...............................................................................11
XXIII. NO STRIKES - NO LOCK-OUTS ...........................................12
XXIV. RULES OF CONDUCT.............................................................12
XXV. WAIVER AND MODIFICATIONS...............................................13
XXVI SEPARABILITY AND SAVINGS CLAUSE .................................14
XXVII. DURATION..............................................................................14
XXIX. EXHIBIT 1..............................................................................16

EXHIBIT "A" ATTACHED

## AGREEMENT

COLLECTIVE BARGAINING AGREEMENT made this 1st day of February 2013, by and between LOCAL 713, I.B.O.T.U., IUJAT, located at 100 Garden City Plaza, Suite 100A, Garden City, New York 11530, hereinafter referred to as the "UNION" and THE BEVERAGE WORKS, NY, INC., hereinafter referred to as the "EMPLOYER".

## WITNESSETH:

WHEREAS, the parties have bargained collectively and have reached an Agreement upon terms and conditions of employment under which the Employer's employees shall work;

NOW, THEREFORE, in consideration of the covenants herein contained and in consideration of other good and valuable considerations, it is hereby agreed by and between the parties hereto, as follows:

## ARTICLE I

## UNION RECOGNITION

**Section (1)** At all locations identified herein and any other location wherein the employees have shown a sufficient showing of interest to join the Union satisfactory to the Employer. (List is attached as Exhibit "A").  The Employer herewith recognizes the Union as the sole and exclusive collective bargaining agent on behalf of all full-time Sales Representative and warehouse and delivery employees.  All full-time and regular part-time supervisors, managerial employees, relief account manager, temporary, seasonal, office clericals, data entry, guards and all other employees are specifically excluded from the bargaining unit.   The Employer further agrees that it will not recognize, negotiate, deal or enter into any contractual relations either written or oral, with any labor organization, agency, committee, group of employees or any individual employee, with respect to wages, hours or any other terms and conditions of employment.

**Section (2)** Union Security:

A.      All employees covered by this Agreement, who are members of the Union, shall maintain membership in good standing in the Union as a condition of continued employment.

B.      All employees covered by this Agreement, who are not members of the Union, shall become members of the Union in good standing on the thirty-first (31st) day from:

1

(a) the date they first commenced work, (b) the date of execution of this Agreement or (c) the effective date of this Agreement, whichever is later.

C.  For the purpose of this Article, an employee shall be considered a member of the Union in good standing if he/she tenders the periodic dues and the initiation fees uniformly required as a condition of acquiring or retaining membership.

D.  An employee who has failed to acquire or maintain membership in the Union in good standing shall be discharged within fourteen (14) calendar days following receipt of a written demand from the Union to the Employer requesting his discharge.

**Section (3)** Part-time employees who are regularly scheduled and work thirty-two (32) hours or more per week shall be eligible to receive fringe benefits pro-rated to that of a full-time employee. The Union and the Employer shall cooperate in seeking to obtain satisfactory and qualified employees whenever required.

**Section (4)** Hourly employees shall be defined as warehouse and non bonus driver employees.

**Section (5)** Any provision of this contract or any collective bargaining agreement between the parties in conflict with the foregoing provisions, or in conflict with any provision of law, whether Federal, State or otherwise, shall be modified to conform with the Law.

**Section (6)** The Union shall not withhold the privilege of membership arbitrarily, or for other than good cause.

**Section (7)** It is further agreed that all Union activity shall be conducted on non-working time.

**Section (8)** Supervisors shall have the right to perform bargaining unit work in the event of an emergency, unforeseen circumstances or the unavailability of personnel.

## ARTICLE II

**NO DISCRIMINATION**

Neither the Employer nor the Union shall discriminate against or in favor of any Employee on account of Union membership race, color, religion, sex, national origin or physical handicap, age, sexual affectional preferences.

2

## ARTICLE III

## PROBATION PERIOD

**Section (1)** All employees shall be considered hired for a trial period of ninety (90) working days during which trial period they shall be subject to discharge at will. The trial period can be extended for an additional thirty (30) working days at the request of the Employer. Employees retained in the employ of the Employer subsequent to the expiration of such trial period shall be deemed regular employees and placed on a seniority list of the employees of the Employer, such seniority to date back to the beginning of their employment at said premises. There shall be no seniority with respect to employees hired for temporary periods. Seniority shall count for vacation purposes only.

**Section (2)** When a regular employee completes his military service, he/she shall be restored to his former position with full seniority, plus any increase in rate which may have become effective in his absence.

**Section (3)** The seniority of any employee shall be ended in the event he/she quits or is fired for cause. Also, in the event he/she is laid-off or is out sick for a period in excess of six (6) consecutive months.

## ARTICLE IV

## TEMPORARY EMPLOYEES

1. A temporary Employee is one who is hired for a period of up to three (3) months and is so informed at the time of hire, and who is hired for a special project or to replace an Employee on leave or vacation. The said three (3) month period may be extended by the Employer at its option up to an additional three (3) months or for the length of the leave of the Employee being replaced, whichever is greater. Such Employee shall become a member of the Union after the expiration of the initial three (3) month period. The Employer shall supply the Union with names of all temporary Employees and indicate what position is being filled and for what reason.

2. After three (3) months, temporary Employees will begin to receive holiday pay and to accrue vacation and sick leave beginning with the first day of the fourth month of employment. If, however, temporary Employees are retained beyond six (6) months in continuous employment, the accrual of vacation and sick leave will be from the first day of employment.

3. A temporary Employee who has been employed three (3) months or longer shall be treated as a regular Employee for the purpose of filling vacant or available positions for which the Employee is immediately qualified.

3

## ARTICLE V

**VISITATION**

**Section (1)** Authorized representatives of the Union, after providing advance notice to management, shall have reasonable access to the facility for purposes of administering this Agreement.

**Section (2)** Such right of access shall be so exercised as not to interfere with the conduct of business. No Employee shall engage in any Union activity which interferes with the performance of his/her working time, or with the performance by any other Employee or that Employee's work during his/her working time. All Union activity shall be conducted on non-working time.

## ARTICLE VI

**BULLETIN BOARD**

A bulletin board shall be provided in the employer's facility upon which notices concerning official business of the Union may be posted. Such notices shall be for Union business only and shall not disparage the Company or its officials, managers or operators.

## ARTICLE VII

**HOURS OF WORK**

The regular workday for hourly employees shall consist of eight (8) hours per day with a one-half (½) hour unpaid lunch. Regular workday for all other employees will be scheduled by management based on its operational needs. Normal business start and finish times will vary, depending on the business and operational needs and delivery schedules of the particular branch.

## ARTICLE VIII

**OVERTIME**

All hourly employees shall be paid one and one-half (1½) times their regular pay for all hours or parts of hours which the Employees are required to work by the Employer which are in excess of forty (40) hours or more of work per week. Business needs will dictate that overtime is mandatory and employees will be required to work additional hours to fulfill operational needs.

4

There shall be no pyramiding of overtime.

## ARTICLE IX

## SALARIED EMPLOYEES

Delivery drivers and salesmen shall be paid for completing their specified assigned route. Each route shall be designed to be completed in eight (8) hours per day. If a route is consistently taking more or less than eight (8) hours to complete, the employee will notify his supervisor. The supervisor upon confirming the length of time will adjust the route up or down to unsure the route can be completed in eight (8) hours.

## ARTICLE X

## HOLIDAYS

**Section (1)** Employees, after completion of their probationary period, shall be entitled to a total of six (6) paid holidays off within each calendar year, and three (3) worked holidays. The six holidays specified shall be the following:

New Year's Day
Memorial Day                          Independence Day
Labor Day                             Thanksgiving Day
Christmas Day

**Section (2)** The three (3) worked holidays referenced in Section 1 above shall be the following:

Martin Luther King Day
Presidents Day
Good Friday

These three (3) worked holidays are to be worked and the company will pay those that work double time pay.

**Section (3)** To be eligible to receive holiday pay, the employee must work his/her scheduled work day before and after the holiday to receive the holiday pay. Holiday pay shall be paid at the regular pay rate for the employee. Should any of these holidays fall on a Tuesday or Thursday, the Employee, at the discretion of the Employer, will receive the in-between day off only if replaced by working a Saturday near the Holiday.

5

## ARTICLE XI

### SICK DAYS

In addition to the above scheduled holidays, eligible employees (after probationary period) shall begin to accrue sick days at the rate of one (1) sick day every three(3) months of continuous service.   Sick days of more than two (2) consecutive days will only be paid with a doctor's note acceptable to the Employer.  Employees, to be eligible for sick leave, must notify his/her supervisor no later than one (1) hour before the start of the regular shift.  All missed account calls are to be made up by the account manager in the day immediately following his or her absence. Sick days shall not be carried over into the succeeding year.

## ARTICLE XII

### VACATIONS

**Section (1)**   Eligible employees shall be entitled to the following paid vacation benefits at the employees' base pay rate:

| | |
|---|---|
| After one (1) year of continuous service. | Five (5) days of paid vacation. |
| After two (2) years of continuous service. | Ten (10) days of paid vacation. |
| After five (5) years of continuous service. | Fifteen (15) days of paid vacation. |

Any holiday falling during the vacation period shall be paid for by granting the employee an additional day off within thirty (30) days.

**Section 2.**The employer, based on business needs, retains the right to schedule vacations.  Vacations shall be scheduled at times mutually convenient to the Employer and the eligible employee and shall not interfere with the Employer's operations.   The employee shall provide one (1) month advance notice of requested vacation. Vacations shall  be  scheduled  based  on  seniority.    Vacation  pay  shall  be  paid  by  check immediately preceding the vacation at the rate prevailing at the time the vacation is taken.  Vacation benefits shall not be carried over in the succeeding year.
**Section 3.** The employer will provide each employee with a pay stub prepared by the company's payroll service. The payroll service will supply the employee with a paid time off (P.T.O.) summary, which will show days to be taken off regarding vacation day and sick leave entitlement.
**Section 4.**Sick days are to be used only as sick days.  In the event that more than three (3) sick days are needed because of illness, upon the employees' request, the company

6

will charge additional days to the employees vacation entitlement upon the employees request.

## ARTICLE XIII

**MOURNING PERIOD**

All employees who have completed their probationary period shall, in the event of a death in the immediate family (spouse, child, parent, brother or sister, mother-in-law, father-in-law or grandparent) be entitled to be absent from work for a period of three (3) days, and shall be paid therefore at the employees base pay rate.

## ARTICLE XIV

**CHECK-OFF**

The Employer agrees that he will deduct from the wages of employees, once a month, out of the first salary payable in each month, the amount of dues and initiation fees and regularly authorized assessments the employees are required to pay the Union for the month.

Once a month, within one week from the date of such deduction, the Employer will deliver the money billed and deducted to a duly authorized representative designated by the Union for the purpose.  The Union agrees that it will file with the Employer written authorization executed by each employee authorizing such deductions.  In the event the Employer is delinquent in making such payments he shall pay penalties for non-payment as agreed to by the parties.

The Union shall indemnify and save the Employer harmless against any and all claims, demands, suits and other forms of liability that may arise out of or by reason of action by the Employer for the purpose of complying with the provisions of this Article and/or Union Recognition and any other provision in this Agreement.

**ARTICLE XV**

**HEALTH AND WELFARE AND SECURITY FUND**

**Section (1)** Eligible employees who have completed six (6) months of continuous employment shall receive single healthcare,  and life insurance coverage provided under a qualified healthcare provider.  In the event the employee selects family coverage, the employee will assume the added costs for said coverage.

7

**Section (2)** The Employer reserves the right to change healthcare providers during the term of the contract. The Employer shall advise the Union of any changes in the healthcare provider and provide the Union with a copy of the Summary Plan Description of any new Health Plans. In the event the Employer changes healthcare providers.

**Section (3)** The Employer will contribute to the United Welfare Fund, Security Division forty five dollars ($45.00) per unit non-probationary employee, per month, together with an additional sum of two dollars ($2.00) per unit employee, per month. Said two dollars ($2.00) is to be utilized for administrative fees by the United Welfare Fund Security Division.

**Section (4)** The Employer shall be required to begin contributions for new employees who have completed their probationary period by the tenth (10th) day of any month.

**Section (5)** The Employer is required promptly to notify the Fund of terminations, if it fails to do such it shall be liable for any benefits wrongly paid on behalf of terminated employee as a result of such failure to notify.

**Section (6)** The Security Fund is a part of United Service Workers which has been established by an Agreement and Declaration of Trust between the Union and Employees under contract with the Union and is administered by an equal number of Trustees designated by the Union and Employers, respectively.

## ARTICLE XVI

**LEAVE OF ABSENCE**

**Section (1)** Any regular employee becoming ill shall be entitled to a leave of absence without pay for a continuous service lasting up to two (2) weeks during any twelve (12) month period, and said regular employee shall be entitled to reinstatement upon medical release authorizing return without loss of seniority or other benefits provided herein.

**Section (2)** FMLA leave of absence requests for an eligible employee shall be provided in accordance with Federal and State Laws.

8

## ARTICLE XVII

## LAY-OFFS AND DISCHARGES

**Section (1)** The Employer shall have the right to determine the number and types of employees from time to time required in the operation of his business, and to determine the necessity for and extent of lay-offs. In laying off and rehiring employees, the ability of the employee to outperform the available work shall be the sole determining factor.

**Section (2)** Employees, after expiration of their trial period, may be discharged for cause or job performance with standards set by the company. In the event of any dispute as to the existence of cause for discharge, such dispute shall be determined in accordance with the Grievance and Arbitration provisions hereinafter contained. Unless written claim of wrongful discharge is made within fifteen (15) calendar days of date of discharge, discharge shall be deemed for good cause.

## ARTICLE XVIII

## GRIEVANCE AND ARBITRATION

**Section (1)** Any disputes between the Union and the Employer arising out of or under this Agreement shall first be taken up for amicable adjustment between the disputants. Either disputant may elect to have such dispute arbitrated by a panel of arbitrators consisting of the American Arbitration Association, Mr. Wellington Davis or Mr. J. J. Pierson. Such election shall be made by making written application to the arbitrator and the arbitrator shall be appointed on a rotating basis.

**Section (2)** All arbitration proceedings shall be conducted in accordance with the applicable provisions of the Laws of the New Jersey or New York State Board of Mediation, and the determinations made in said arbitration proceedings shall be binding and enforceable in the manner provided by law.

**Section (3)** Time shall be of the essence in arbitration proceedings and both parties to the dispute shall exert their best efforts in obtaining a speedy determination. Failure of the Union to file for arbitration within ten (10) days of the Employer's written answer to the grievance shall be deemed an acceptance of the Employer's answer and the matter shall be deemed waived and settled and non-arbitral.

## ARTICLE XIX

## RESIGNATION

An Employee who resigns or otherwise voluntarily terminate his/her employment shall give the Employer two (2) weeks' advance written notice.

An employee who gives notice as provided above shall be entitled to receive payment for unused vacation time accrued to the effective date of the resignation. If the employees fail to give notice as stated above, the employees shall forfeit all accrued benefits.

An employee upon his/her resignation shall return to the Employer all equipment as listed on the Company's separation checklist. (See Addendum II).

The employees' last arbitrary bonus shall be held for up to sixty (60) days until the employer has checked the employees route for outdated product, shortages, damage, theft, etc.

## ARTICLE XX

## MANAGEMENT RIGHTS

**Section (1)** Except as otherwise provided herein, the management of the Employer and the direction of the working forces are vested exclusively with the Employer. The Employer retains the sole and exclusive right to operate and manage its operations; to determine the workforce; hire, discipline, discharge, lay off, and promote; to determine or change the starting and quitting time and the number of hours to be worked; to schedule and to assign days worked and assignments; to promulgate rules and regulations; to assign duties and assignments to bargaining unit employees; to organize, discontinue, enlarge or reduce a department, function or division; to assign or transfer employees to other departments or shifts as operations may require; to introduce new or improved methods or facilities, regardless of whether or not the same causes a reduction in the working force; to subcontract; to carry out the ordinary and customary functions of management whether or not possessed or exercised by the Employer prior to the execution of this Agreement, except as otherwise provided in this Agreement. None of these rights shall be exercised in a capricious or arbitrary manner.

**Section (2)** The Union, on behalf of the employees, agrees to cooperate with THE BEVERAGE WORKS to attain and maintain full efficiency in its operations, and THE BEVERAGE WORKS agrees to receive and consider constructive suggestions submitted by the Union toward these objectives.

**Section (3)** The parties recognize THE BEVERAGE WORKS' right to promulgate and modify and enforce an Employee Handbook including rules and regulations which the Union acknowledges and agrees all employees will be required to follow and bound by. The parties recognize the unique position of the Sales and Delivery Representative and its independence in performing its responsibilities.

10

**Section (4)** If, during the term of this Agreement, the Employer contracts out, or subcontracts, work normally performed by Employees covered by this Agreement, the Employer agrees to meet with the Union to discuss all incidents of contracting or subcontracting whenever it becomes apparent that a layoff or job displacement will result.

## ARTICLE XXI

**WAGES**

| Hourly | Minimum Rates |
|---|---|
| Warehouse | $9.00 |
| Delivery (non Bonus) | $9.00 |

**Section (1)** Nothing herein contained shall prevent the Employer at its sole discretion without recourse to this agreement from giving merit increases, bonuses, or other similar payments. The failure to provide merit increases shall not be subject to the grievance and arbitration procedure. After one year of service, each hourly employee shall receive an increase of 25 cents per hour each year of this contract.

The EMPLOYER is a "merit shop" whereby employees may be paid in excess of the rates required herein and employees are promoted on the basis of merit and productivity.

**Section (2)** Sales and Delivery Representatives shall have a minimum base salary of $25,000 per year. The parties agree that minimums for sales and delivery representatives shall be posted within one (1) year of ratification of the contract. After one (1) year of continuous employment, base salary shall be increased to a maximum of $30,000 per year, after five (5) years of continuous employment base salary shall be increased to a maximum of $35,000 per year; these base salaries are maximum amounts. The actual individual employees' pay will be determined by the company's managers based on the individual employees' performance, reliability and adherence to the company's rules and policies. All evaluations shall be completed by March, and all raises shall be instituted during the month of April each year for all employees with over one year of service.

**Section (3)** Sales and Delivery Representatives shall be compensated on a monthly arbitrary bonus basis. The bonus payment shall be determined based on the number of cases sold, job performance, and adherence to the employee handbook by the sales and delivery representative, (see page three (3) of Exhibit 1).

**Section (4)** The employees agree that certain deductions from their arbitrary bonus will be made by the employer for certain violations, damages, theft, expired product, accidents, etc. The company shall notify each employee of the deductions made, the amount and the reason for it.

## ARTICLE XXII

11

## NOTICES

All notices which either party shall desire to be required to give to either party in accordance with the provisions hereof or in connection with the subject matter hereof, shall be in writing duly signed by the party giving the notice and sent by telecopy and regular mail to the last known business address of the party for whom such notice is intended.

## ARTICLE XXIII

**NO STRIKES - NO LOCK-OUTS**
**Section (I)** Neither the Union nor the employees shall conduct or condone any strike, work stoppage or any kind or picketing during the term of this Agreement.

**Section (2)** Neither shall the Employer lock-out his/her employees during the term of this Agreement. Where an unauthorized work stoppage or strike occurs, the Union will make immediate efforts to get the employees to return to their respective jobs and shall request the employees to cease any action which may affect production. The Employer agrees, in consideration of the performance by the Union of the aforesaid undertakings, to absolve the Union and its officers from liability by suit for damages for breach of contract of any kind of character whatsoever. It is distinctly agreed and understood that the Union shall not be held liable for any unauthorized or outlaw strikes, or the individual acts or actions of any employee or employees. Nevertheless, the Employer reserves the right to take any and all appropriate legal action including but not limited to filing lawsuit against employees or others seeking monetary relief for damages stemming from violations of this and other provisions of the Agreement.

## ARTICLE XXIV

## RULES OF CONDUCT

There are times when an employee in any organization necessitates disciplinary action to be taken including discharge for actions, which are detrimental to the company or to fellow employees. It is impossible to list every incident that can be considered harmful. The following is a partial list of acts that may result in disciplinary measures up to and including discharge:

Any act of dishonesty, whether you are directly involved or aid in another's act of dishonesty. This includes the theft of any company or personal property, defrauding the company in any manner or failure to report dishonest actions by another person. It is company policy to prosecute theft and fraud to the full extent of the law.

Committing or attempting by action to cause deliberate damage to company

12

property or facilities including the unauthorized use of company facilities or equipment.

Disorderly conduct, statements or gestures that harass, whether implied or inferred, based on sex, color, race, religion or sexual orientation. Striking a fellow employee. Abusive language, cursing, possessing, buying or selling drugs. Under the influence of drugs or alcohol while at work.

Obtaining employment on the basis of false or misleading information. Falsifying an application.

Insubordination; refusing to obey your supervisor's instructions.

Breaches in security procedures or refusal to cooperate during a company investigation.

Failure to report to or leave work without notification.

Making dishonest, disloyal or defamatory statements about the company or a fellow employee.

Clocking in or out for another person or allowing someone to clock in or out for you.

Tampering with the time clock or making unauthorized changes to your time card.

All other provisions are covered under the Company Employee Handbook. Attached and a part of this Contract as Exhibit 1.

## ARTICLE XXV

## WAIVER AND MODIFICATIONS

**Section (I)** The failure of either party to enforce any term, condition, covenant, rule or regulation contained herein shall not be deemed to be a waiver of those terms, conditions, covenants, rules or regulations, nor shall either party be stopped at any time from demanding performance of those terms, conditions, covenants, rules or regulations.

**Section (2)** Neither the Employer nor any employee has the right to modify or waive any of the provisions of this Agreement. The Employer will not enter into any individual agreements or arrangements with any of its employees covered by this agreement.

13

## ARTICLE XXVI

**SEPARABILITY AND SAVINGS CLAUSE**

Should any part of this agreement or any portion therein contained be rendered or declared illegal, legally invalid or unenforceable by a court of competent jurisdiction, or by the decision of any authorized governmental agency, such invalidation of such part or portion of this agreement shall not invalidate the remaining portions thereof.  In the event of such occurrence, the parties agree to meet immediately, and if possible, to negotiate substitute provisions for such part or portions rendered or declared illegal or invalid.  Should the parties be unable to agree on substitute provisions, the matter shall be referred to arbitration as herein-able provided. The remaining parts and provisions of this agreement shall remain in full force and effect.

## ARTICLE XXVII

**DURATION**

A.      THIS AGREEMENT SHALL BECOME EFFECTIVE from February 1, 2013 and shall remain operative and binding upon the parties hereto, their heirs, successors, assigns, administrators, concessionaires, and others, and shall apply to all present and future establishments for a period of three (3) years.

B.      This Agreement   shall be automatically renewed for an additional period of three (3) years unless either party notifies the other in writing, by certified mail, return receipt requested, of its intention not to renew, not less than sixty (60) days prior to the expiration of the Agreement.  In the event that the Agreement is automatically renewed, then at the option of the Union, the parties shall renegotiate yearly such wages, hours and general terms and conditions of employment as the Union requests.

C.      This Agreement shall not be changed, altered, modified or amended, unless in writing, and signed by the authorized representative of the parties. The contract may be reopened for Health Care only due to the unknown changes being made to health care and it's costs by the Federal Affordable Health Care Act.

## ARTICLE XXVIII

This agreement shall be a three (3) year agreement and shall go into force and effect on February 1, 2013

## ARTICLE XXIX

14

Exhibit 1 The Beverage Works employees' handbook is made part of this Collective Bargaining Agreement. If any significant changes are made to the handbook, the company will notify and consult with the union before making the changes final.

Exhibit "A"
The following are the five facilities known as The Beverage Works, NY, Inc.

| | | | |
|---|---|---|---|
| 2211 Allenwood Road | Phone: | (732) 681-3100 | |
| Wall, NJ 07719 | Fax: | (732) 681-3113 | |
| | | | |
| 10 Dwight Place | Phone: | (973) 439-5700 | |
| Fairfield, NJ 07004 | Fax: | (973) 439-5615 | |
| 70 Hamilton Ave | Phone: | (718) 834-0500 | |
| Brooklyn, NY 11231 | Fax: | (718) 834-9526 | |
| 16 Dubon Court | Phone: | (631) 293-3501 | |
| Farmingdale, NY 11735 | Fax: | (631) 293-3505 | |
| 1 Highland Industrial Park Dr, Unit #3 | Phone: | (914) 402-2116 | |
| Peekskill, NY 10566 | Fax: | (914) 402-2120 | |

THE BEVERAGE WORKS, INC.

By: _____

Title: _____

Date: __1/18/13__

LOCAL 713, I.B.O.T.U., IUJAT

By: _____

Title: _____

Date: _____

# Exhibit B



# The BEVERAGE *Works*

## EMPLOYEE HANDBOOK

**7/31/2013**

This employee handbook is not meant to be a contract of employment. Its only purpose is to inform employees about company policies, benefits and regulations.  The Beverage Works NY, Inc. reserves the right to change the handbook at any time, with or without notice.

# Table of Contents

The Beverage Works NY, Inc.................................................................- 3 -
Introduction...........................................................................................- 4 -
Equal Employment Opportunity ...........................................................- 4 -
DISCRIMINATION AND HARASSMENT.................................................- 5 -
Policy Statement on Harassment.........................................................- 5 -
Immigration Reform and Control Act of 1986 ....................................- 7 -
Code of Conduct...................................................................................- 7 -
Main Responsibilities ..........................................................................- 17 -
Compensation .....................................................................................- 18 -
Recruitment ........................................................................................- 18 -
Employee Referral Bonus Program ....................................................- 19 -
Benefits ..............................................................................................- 20 -
Medical Benefits:................................................................................- 20 -
The Family and Medical Leave Act .....................................................- 22 -
Workers' Compensation:.....................................................................- 24 -
    Accident or Illness on the Job ....................................................................- 24 -
Conditions of Employment .................................................................- 24 -
Conflicts of Interest:...........................................................................- 24 -
    Outside Employment .................................................................................- 26 -
    Solicitation, Distribution and Sales: ..........................................................- 26 -
Ethical Standards:...............................................................................- 26 -
Attendance and Promptness: .............................................................- 26 -
Early Departure Policy: .......................................................................- 27 -
The Beverage Works NY, Inc. Employment Arbitration Policy ...........- 27 -
Drug and Alcohol Testing Procedure: .................................................- 39 -
    Criminal Drug Conviction: ..........................................................................- 40 -
    Drug and Alcohol Treatment: ....................................................................- 41 -
    Searches: .....................................................................................................- 41 -
Electronic Communications:................................................................- 42 -
Miscellaneous Work Rules and Standards..........................................- 43 -
Company Policy for Take-home Vehicles.............................................- 43 -
Company Policy for All Vehicles .........................................................- 44 -
Administration.....................................................................................- 50 -

Fork Lift Operators.................................................................................................- 51 -
EMPLOYEE HANDBOOK & FLEET SAFETY MANUAL ...........................................- 53 -
ACKOWLEGDEMENT AND ATTESTATION..........................................................- 53 -

# MISSION STATEMENT

*"To be and be recognized as the best Red Bull Distributor to work for"*

## The Beverage Works NY, Inc.

We began in the beverage industry years ago with a mission to become New York and New Jersey's premiere, independent new age/alternative beverage distributor.

Our success is astounding but not unfathomable. It's a model any small business would do well to follow. Good business leaders need to be people oriented. First and foremost they need to have great integrity. They need to want to succeed. We can never be satisfied with present results regardless of how successful we might be.

When you pick the right people you give them their marching orders: the overall scope of what you are trying to accomplish. And then you get out of their way and support them in ways that guarantee their success.

The Beverage Works has a solid core of salespeople: up-and-down-the-street (off premise), chain merchandisers and the addition of a Non-Traditional sales segment that have systematically been taught the Red Bull philosophy. The Company currently totals over 340 employees with a future growth plan that will bring the Beverage Works closer to 400 employees.

As The Beverage Works evolves in the Metro New York market, we always try to stay two steps ahead of all the other distributors and competitors. In order to reach the next level of The Beverage Works' evolution, new levels of Management have been added and new segments of business are adopted into our focal points. We must never forget that our primary job is to provide the highest levels of service we can to every customer in our territory, if this single priority is always followed, success will always find The Beverage Works.

On behalf of the entire team, we hope you will enjoy your career with The Beverage Works. Take pride and enjoy working for us and representing the Red Bull Energy Drink.

Mark Ponsiglione

President

# Introduction

It is the goal of the Company to employ, develop, and maintain a staff of highly competent and productive employees. Success in meeting this goal depends upon personnel decisions being made on the basis of individual skill, ability, and certain other factors important to reliable performance.

Your supervisor has accepted the responsibility of guiding you in the completion of your work and, as a result, needs to hear your questions, suggestions, and constructive ideas. Mutual understanding is important to doing the best job possible; cooperative *attitudes* lead to productive teamwork. If you have questions regarding any aspect of your assignment, or of any policy or practice of the Company, please consult your supervisor.

<u>I understand that Beverage Works, NY is an "at-will" employer. As such, unless covered by Union contract, employment with Beverage Works, NY is not for a fixed term or definite period and may be terminated at any time by Beverage Works, NY or by you, for any reason or for no reason, and without prior notice. No Beverage Works representative, other than the President, has the authority to enter into any agreement providing employment for a specific duration. Any employment agreement entered into by the President must be in writing to be enforceable.</u>

This employee handbook is in effect for all employees, except when a policy directly conflicts, in whole or in part, with an applicable collective bargaining agreement.

# Equal Employment Opportunity

Equal Opportunity is The Beverage Works policy. It is our policy to select the best-qualified person for each position in the organization. The Company provides equal employment opportunities without regard of a person's race, creed, color, religion, sex, national origin, ancestry, age, physical or mental disability, or any other class protected by law. The Company provides equal employment opportunities to any applicant or fellow employee without regard of the person's veteran status. This policy applies to all employment practices and personnel actions including advertising, recruitment, testing, screening, hiring, selection for training, upgrading, transfer, demotion, layoff, termination, rates of pay, and other forms of compensation or overtime.

- 5 -

The Company will not retaliate nor discriminate against any employee or applicant because he or she has opposed any unlawful employment practice or filed a charge of employment discrimination, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing related to employment practices.

# DISCRIMINATION AND HARASSMENT

The Beverage Works is committed to a workplace free of all forms of unlawful harassment and discrimination based upon race, color, religion, gender, national origin, ancestry, age, sexual orientation, veteran status, marital status, mental or physical disability, or any other basis protected by law. The Beverage Works has a zero tolerance and strictly prohibits unlawful harassment and discrimination in all areas of employment including, for example, recruitment, hiring, training, promotion, compensation and benefits. Employees are prohibited from discriminating against or harassing any other employee, applicant, customer, vendor or visitor. This policy applies to all employees including non-supervisory personnel, supervisors, managers and executives. It also applies to non-employees who have business contact with employees.

Any employee who is the subject of, who has knowledge of, or who witnesses any possible prohibited harassment or discrimination should immediately bring such information to the attention of any one or more of the following persons: his or her immediate supervisor, Branch Manager or a representative of the Human Resources Department. The Beverage Works will continue its practice of taking prompt steps to investigate concerns regarding prohibited harassment and discrimination and, where appropriate, take prompt corrective action. The Beverage Works will handle reports of such alleged misconduct with sensitivity to concerns for confidentiality, reputation and privacy, as is practicable.

Employees may not take any kind of retaliatory action against an employee who has made a good faith complaint about harassment or discrimination prohibited by this policy. It is the responsibility of every employee of The Beverage Works to follow this policy conscientiously.

## Policy Statement on Harassment

The Beverage Works seeks to provide a work environment that is free from intimidation and harassment. Harassment and intimidation can arise from a broad range of physical or verbal behavior, which can include, but is not limited to, the following:

- Physical or mental abuse
- Racial insults
- Ethnic slurs
- Religious slurs
- Unwelcome sexual advances or touching
- Sexual comments or sexual jokes
- Requests for sexual favors used as a condition of employment or affecting any personal decision such as hiring, promotion or compensation
- Display of sexually explicit or otherwise offensive posters, calendars or materials.

The Beverage Works prohibits any form of harassment relating to age, race, sex, sexual orientation, national origin, religion and the other protected categories by employees, coworkers and supervisors, and views such actions very seriously. Such harassment or similar unacceptable activities that could become a condition of employment or a basis for personnel decisions, or which create a hostile environment, are specifically prohibited. Sexual harassment is a particular form of employee misconduct, which requires more explanation. All employees must be allowed to work in an environment free from unsolicited and unwelcome sexual overtures. Sexual harassment does not refer to occasional compliments or other generally acceptable social behavior. It refers to behavior, which is not welcome, personally offensive, undermines or weakens morale and, therefore, unreasonably interferes with the work effectiveness of its victim and their coworkers.

Sexual harassment may include such conduct as: (1) offensive, sex-oriented verbal "kidding", jokes or abuse; (2) pressure for sexual activity; (3) offensive, unwanted physical contact such as patting, pinching or repeated brushing against another's body; and (4) demands for sexual favors, accompanied by implied or overt promises of preferential treatment concerning an individual's employment status. It is the intent of The Beverage Works to provide a work environment free from verbal, physical, and visual forms [e.g., signs, posters, or documents] of sexual harassment and an environment free of harassment, intimidation or coercion in any form. All employees are expected to be sensitive to the individual rights of their co-workers.

The objective of this "no harassment" policy is to create a positive working environment, which is free from hostile, offensive, intimidating or harassing conduct that unreasonably interferes with an employee's work on account of any of the types of harassment described above. The target of this policy is the prevention of unwelcome conduct. Employees should be aware of any conduct on their part that could be construed as welcoming conduct directed at them that the employee might actually consider being unwelcome.

In some situations, a person may not realize that his or her behavior is inappropriate or unwelcome. Employees who consider any person's behavior to be inconsistent with these guidelines are encouraged to tell that person that his or her behavior is considered inappropriate and request that the conduct stop. Persons so told should comply immediately and graciously with such requests.

All forms of unlawful harassment are prohibited. If any employee becomes aware of any harassment, this information should be forwarded **in writing**, without fear of retaliation, to any supervisor or manager in Human Resources. If, for any reason, an employee would prefer not to discuss the issue of harassment with any of these individuals, the employee is encouraged to report the conduct to any officer of The Beverage Works. Timely reporting is vital to the Company's ability to investigate complaints. Prompt reporting also discourages the spread of harmful rumors. The privacy of the employee filing the report **in writing** and the employee under investigation shall be respected at all times consistent with the obligation to conduct a fair and thorough investigation. The Beverage Works will continue its practice of taking prompt and necessary steps to investigate and, where appropriate, correct any form of harassment.

## Immigration Reform and Control Act of 1986

In accordance with the Immigration Reform and Control Act of 1986, it is the policy of The Beverage Works to hire only those individuals who are legally authorized to work in the United States. Pursuant to this law, all individuals who are offered employment will be required to submit documentary proof of their identity and authorization. Employees will also be required to complete and sign, under oath, Immigration and Naturalization Service Form I-9. Form I-9 requires you to attest that you are authorized to work in the job for which you are hired and that the documents you submitted are genuine.

If you are authorized to work in this country for a limited period of time, you will be required to submit proof of your employment authorization **before the expiration of that period**. Another Form I-9 must be completed in order to remain employed by The Beverage Works.

The Beverage Works does not discriminate based upon national origin or citizenship.

## Code of Conduct

All successful businesses have certain rules which employees must follow in order to ensure continued customer and employee satisfaction.  If employees neglect their duties or violate established standards, they subject themselves to disciplinary action – the severity will depend on the circumstances.  You can be assured that disciplinary action will be taken only when an investigation of the facts shows that it is justified.

The following, while not all inclusive, are examples of employee misconduct that is prohibited and will be subject to employee disciplinary action – which can include immediate termination of employment.  **While the Company utilizes disciplinary procedure as a general guide, disciplinary action may be taken at any time based on the severity, without following the below up to and including immediate termination of employment.**

## DISCIPLINARY PROCEDURE

### Counseling:

- Further training and informal discussions to ensure that the employee is aware of a "first time" performance deficiency and actions required to correct it.

### Verbal Warning:



- If, after informal discussion and/or further training, an employee's performance or conduct does not meet the requirements of the job, he or she will receive a Verbal Warning from management.  The employee will be given an opportunity to correct the problem and will be told that failure to do so will result in further disciplinary action.

### Written Warning:

- If the employee does not correct the unsatisfactory performance or conduct within a reasonable period of time after receiving the Verbal Warning, the employee may receive a Written Warning.



### Suspension:

- Suspension of an employee (i.e., the temporary removal of an employee from work) may be used in the following cases:

- o As an alternative to discharge when an employee has received a Written Warning in the preceding 12 month period and a performance occurs that justifies further discipline.
- o To provide time to investigate circumstances which indicate the employee may be subject to termination.  An employee who is suspended under these circumstances will be paid in full for time lost if the investigation reveals no violation(s) of performance standards has occurred.  The employee will not be paid for time lost if he/she is terminated as a result of the investigation; nor will the employee be paid if the investigation reveals that the suspension itself is the appropriate disciplinary action to be taken.

In all cases, a suspended employee will be advised of the reason for the suspension.  The duration of the suspension should not exceed five working days.

### Discharge:

- An employee may be discharged if:
  - o Within the most recent 12 month period, the employee has received a Written Warning or a Suspension, and another violation occurs which justifies further discipline.
  - o The employee violates any rules listed under the Code of Conduct in this handbook.  Violation of these standards is such a serious breach of responsibility that no prior warnings or suspension are justified or required.

All disciplinary action including counseling is to be documented, presented to the employee in a timely manner, signed by the employee and their manger and kept as part of the employee's personnel file.

You may be terminated from employment for misconduct.  If you are terminated for misconduct, you might not be eligible for unemployment benefits based on the following:
"Misconduct" is any voluntary act or omission that is detrimental to The Beverage Works' interests.  "Misconduct" may include acts or omissions off the job as well as on the job, if adverse effect on The Beverage Works is demonstrated.  Inadequate performance may be misconduct if it can be shown that it resulted from gross negligence, indifference, or recurrent carelessness.

I.  Misconduct for Absence and Lateness:

- Absence for a non-compelling reason after The Beverage Works has indicated its displeasure with an excessive absence record.
- Failure without good reason in violation of our rule to contact The Beverage Works on the first day of absence after having been warned to do so. ***Contact is direct communication with your supervisor***, not voice mail, text messages or e mail. No call, no show is grounds for immediate dismissal.
- Repeated lateness for non-compelling reasons despite warning by supervisor.
- Claimant's precipitous action in announcing that he would take the next two days off for vacation, and then doing so in defiance of supervisor's denial of permission.
- Overstaying a vacation and failing to communicate promptly with The Beverage Works to explain why.
- Discharge for extended absence due to incarceration for a crime committed by the claimant, even through an outside course of employment.
- Falsely informing The Beverage Works that absence was due to illness is misconduct.
- Continued absenteeism or tardiness after repeated warnings.
- Failure to notify The Beverage Works of an extended absence.
- Discharge because of absenteeism caused by court appearances resulting from claimant's arrest for an offense committed outside the course of employment.

## II. <u>Misconduct for Accidents and Damage:</u>

- Deliberate failure to follow The Beverage Works' reasonable procedures, set up to maximize efficiency and minimize accidents, waste or defective product.
- Three at-fault accidents or called in road rage incidents.
- Any at-fault, careless driving, rear end collision.

## III. <u>Misconduct & Alcohol:</u>

- Reporting to work in an inebriated condition.
- Intoxication in circumstances detrimental to The Beverage Works' interests even though you were not in company property.
- Drinking during working hours or offering liquor to fellow employees during working hours.
- Repeated absences from work due to a recurring state of intoxication.

## IV. <u>Misconduct & Drugs:</u>

- Possession or use of an illegal drug. Testing of urine and/or hair samples for evidence of use of illegal drugs provides adequate proof.

- 11 -

### V.    Misconduct & Appearance:

- Refusal to comply with The Beverage Works' rules regarding grooming and appearance.

### VI.    Misconduct & Behavior off job:

- If you have been warned about absences, and you are discharged for absence due to arrest or incarceration for an offense committed outside the course of employment.
- If you are convicted of a crime, even outside of working hours.
- Shoplifting or any other crime committed against any customer's establishment.
- Criminal, dishonest or immoral behavior that tends to discredit you or The Beverage Works.
- Loss of Driver's License by suspension or revocation or DUI/DWI. You must maintain a valid license at all times.

### VII.    Misconduct & Carelessness:

- Carelessly leaving the contents of your vehicle unprotected, resulting in theft. Failure to use your safe, failure to lock your vehicle, leaving your vehicle unattended for an excessive amount of time.

### VIII.    Misconduct & Competing Business:

- You are prohibited from carrying any other line of merchandise.
- Attempting to take business away from The Beverage Works.
- Acceptance of work from The Beverage Works' customers.

### Misconduct & Dishonesty:

- Falsification of employment application.
- A false statement on an employment application made to conceal an illness or disability (such as epilepsy).
- Deliberate omission of a prior employer from an employment application.
- Falsely denying a prior conviction on an employment application.
- False time and work reports.
- Theft and mishandling of funds.
- Theft or shoplifting from a customer's premises.
- Theft of tangible property from our premises.
- Withholding money collected on behalf of The Beverage Works.

- Dishonesty in connection with your work.
- Unexplained failure to report for work when entrusted with the responsibility of collecting funds, coupled with your failure to properly account for funds belonging to The Beverage Works.

> **NOTE:**    *Any theft of company property is misconduct and is grounds for immediate* **termination and prosecution.**  *Anyone terminated for cause is not eligible to receive a discretionary bonus. Unauthorized, unreported selling of product will be considered theft and treated as such.*

## IX.   Misconduct & Hours (Including overtime, weekend):

- Refusal without compelling reason to work overtime is misconduct.
- Refusal without compelling reason to work a weekend is misconduct.
- Refusal to attend The Beverage Works' training classes after working hours.
- Refusal to occasionally work a shift on a Saturday and/or Sunday solely because it interfered with your personal life.

## X.   Misconduct & Insubordination:

- An insolent and impertinent attitude on your part.
- Repeated minor infractions of company rules accompanied by insolence when reprimanded.
- Refusal, without good reason, to comply with a direct order from The Beverage Works that adversely affects The Beverage Works' interests. Profanity addressed to a supervisor in the presence of co-workers.
- If you respond to a reprimand by inviting The Beverage Works to discharge you.
- Vulgarity directed towards a supervisor to express defiance, as opposed to an uncalculated remark made under stress.

## XI.   Misconduct & Neglect of Duty:

- Your failure to notify The Beverage Works of theft of merchandise by co-workers of which you have knowledge shows a deliberate disregard of The Beverage Works' interests.

## XII. Misconduct & Relations with Fellow Employees:

- An assault upon a fellow employee while on company premises.
- An unprovoked insulting remark to a fellow employee causing argument and disturbance during working hours.

- 13 -

- Objectionable behavior toward fellow employees, detrimental to The Beverage Works' interest and repeated despite warnings.
- Fighting on the job is misconduct regardless of who initiates the fight, if you have an opportunity to withdraw from the dispute but do not do so.

## XIII. Misconduct & Violation of Company Rules:

- A breach of trust resulting in termination of employment constitutes misconduct, even though the impropriety is sanctioned by your immediate supervisor, who also disregards The Beverage Works' interest.
- Willful and persistent failure and neglect to enforce The Beverage Works' rules designed to protect its property from theft.
- Violation of a safety rule, despite prior warnings.
- The failure of a pre-seller or driver to stay in his route until the known official ending time.
- If you deliberately violate company rules in a manner highly prejudicial to The Beverage Works' interests.
- Deliberate failure to follow The Beverage Works' reasonable procedures, set up to maximize efficiency and minimize accidents, waste or defective product.

## Misconduct & Other Offenses:

- A deliberate act of indiscretion harmful to The Beverage Works' interests on the part of an employee in a position of trust and confidence.
- Illegal gambling on the premises of any kind.
- A claimant who deliberately engages in conduct known to be detrimental to The Beverage Works' interests may be discharged without prior warning.
- Stealing of time including leaving your route for breakfast or other reasons.

## WORKPLACE VIOLENCE ZERO TOLERANCE POLICY

The Beverage Works provides a safe workplace for all employees. To ensure a safe workplace we do not tolerate any type of workplace violence committed by or against employees. Employees are prohibited from making threats or engaging in violent activities.

This list of behaviors, while not inclusive, provides examples of conduct that is prohibited:
- Causing physical injury to another person;
- Making threatening remarks;

- Aggressive or hostile behavior that creates a reasonable fear of injury to another person or subjects another individual to emotional distress;
- Intentionally damaging employer property or property of another employee;
- Possession of a weapon while on company property or while on company business;
- Committing acts motivated by, or related to, sexual harassment or domestic violence.

Any potentially dangerous situations must be reported immediately to a supervisor or Human Resources. Reports can be made anonymously and all reported incidents will be investigated. Reports or incidents warranting confidentiality will be handled appropriately and information will be disclosed to others only on a need-to-know basis. All parties involved in a situation will be counseled and the results of investigations will be discussed with them. The Beverage Works will actively intervene at any indication of a possibly hostile or violent situation.

Threats, threatening conduct, or any other acts of aggression or violence in the workplace will not be tolerated. Any employee determined to have committed such acts will be subject to disciplinary action, up to and including termination. Non-employees engaged in violent acts on the employer's premises will be reported to the proper authorities.

## Software Access Procedure

Passwords
Your Windows log-in password is yours alone. Sharing it with others gives them the opportunity to do things in your name. DO NOT SHARE YOUR PASSWORDS (Both e-mail and Windows) WITH ANY ONE, UNDER ANY CIRCUMSTANCE. Sharing your password(s) rises to the level of misconduct and is subject to immediate termination without warning.

Software
Software needed, in addition to the Microsoft Office suite of products, must be authorized by your supervisor and downloaded by the IT department. If you need access to software, not currently on the Company network, talk with your supervisor and consult with the IT department.

## Internet Usage

Internet use, on Company time, is authorized to conduct Company business only. Internet use brings the possibility of breaches to the security of confidential Company information. Internet use also creates the possibility of contamination to our system via viruses or spyware. Spyware allows unauthorized people, outside the Company, potential access to Company passwords and other confidential information.

Removing such programs from the Company network requires IT staff to invest time and attention that is better devoted to progress. For this reason, and to assure the use of work time appropriately for work, we ask staff members to limit Internet use.

Additionally, under no circumstances may Company computers or other electronic equipment be used to obtain, view, or reach any pornographic, or otherwise immoral, unethical, or non-business-related Internet sites. Doing so can lead to disciplinary action up to and including termination of employment.

## Email Usage at Company

Email is also to be used for Company business only. Company confidential information must not be shared outside of the Company, without authorization, at any time. You are also not to conduct personal business using the Company computer or email.

Please keep this in mind, also, as you consider forwarding non-business emails to associates, family or friends. Non-business related emails waste company time and attention.

Viewing pornography, or sending pornographic jokes or stories via email, is considered sexual harassment and will be addressed according to our sexual harassment policy.

## Emails That Discriminate

Any emails that discriminate against employees by virtue of any protected classification including race, gender, nationality, religion, and so forth, will be dealt with according to the harassment policy.

These emails are prohibited at the Company. Sending or forwarding non-business emails will result in disciplinary action that may lead to employment termination.

## Company Owns Employee Email

Keep in mind that the Company owns any communication sent via email or that is stored on company equipment. Management and other authorized staff have the right to access any material in your email or on your computer at any time. Please do not consider your electronic communication, storage or access to be private if it is created or stored at work

## Social Media Policy

Just as the internet has changed our world forever, social media has changed the way people communicate. The company views social media and networking sites as powerful tools to strengthen our brand and to further your personal reputations as staffing experts.

- 16 -

Social media can take many different forms, including internet forums, blogs & microblogs, online profiles, wikis, podcasts, pictures and video, email, instant messaging, music-sharing, and voice over IP, to name just a few. Examples of social media applications are LinkedIn, Facebook, MySpace, Wikipedia, YouTube, Twitter, Yelp, Flickr, Second Life, Yahoo groups, Wordpress, ZoomInfo – the list is endless.

When you are participating in social networking, you are representing both yourselves personally and the company. It is not our intention to restrict your ability to have an online presence and to mandate what you can and cannot say. We believe social networking is a very valuable tool and continue to advocate the responsible involvement of all company employees in this space. While we encourage this online collaboration, we would like to provide you with a company policy and set of guidelines for appropriate online conduct and to avoid the misuse of this communication medium.

## Social Media Policy Guidelines:

Do not post any financial, confidential, sensitive or proprietary information about the company or any of our clients and candidates.

Speak respectfully about our current, former and potential customers, partners, employees and competitors. Do not engage in name-calling or behavior that will reflect negatively on your or the company's reputations. The same guidelines hold true for the company's vendors and business partners. Any threats against our employees will be reported to the police and are grounds for immediate termination. Beware of comments that could reflect poorly on you and the company. Social media sites are not the forum for venting personal complaints about supervisors, co-workers, or TBW.

As an employee, be aware that you are responsible for the content you post and that information remains in cyberspace forever. Use privacy settings when appropriate. Remember, the internet is immediate and nothing posted is ever truly private nor does it expire.  If you see unfavorable opinions, negative comments or criticism about yourself or the company, do not try to have the post removed or send a written reply that will escalate the situation. Forward this information to our internal Human Resources and Marketing Departments.

If you are posting to personal networking sites and are speaking about job related content or about the company, identify yourself as a Beverage Works employee and use a disclaimer and make it clear that these views are not reflective of the views of the company.  "The opinions expressed on this site are my own and do not necessarily represent the views of The Beverage Works."

SEPARATION:

In the course of your employment, you are being entrusted with an array of equipment and proprietary information. Should you separate from employment by The Beverage Works for any reason, you are required to return your vehicle, all equipment and all paperwork issued to you in good working order, with reasonable wear and tear.

You are responsible for each of these items issued to you during the full course of your employment with The Beverage Works. Please take care of this equipment as if it were your own, and take every reasonable, responsible step to keep this equipment secure.

You will be expected to sign a form itemizing the equipment and indicating the replacement cost of each item in front of your supervisor and initial each piece of equipment issued to you. Upon separation, a separation interview will be held between you and your supervisor to itemize your returned equipment.

# Main Responsibilities

Pre-Seller- a Pre-Seller for The Beverage Works, visits store and other locations to pre-sell our products for future delivery by drivers. It is a pre-sellers responsibility to make sure he is in his route and leaves his route at the times agreed to. His responsibilities include making sure he works a 40 hour week. This is a salaried position. A Pre-Seller is never entitled to overtime unless requested and authorized by the Company. If a Pre-Seller finds that his stop load is too heavy or too light, it is his responsibility to request in writing to his supervisor that his stops be adjusted.

Driver - a Driver delivers cases sold by the pre-seller within his route. His responsibilities include making sure he works a 40 hour week. This is a salaried position. A Driver is never entitled to overtime unless requested and authorized by the company. If a pre-seller finds that his stop load is too heavy or too light, it is his responsibility to request in writing to his supervisor that his stops be adjusted.

Off-Truck Seller – combines the two descriptions for Pre-Seller and Driver listed above.



- To establish, maintain and improve all accounts within a provided geographic territory.
- To increase sales and revenue volume within your appointed territory.
- To establish and maintain goodwill in the trade at all times while representing the company.
- To achieve all sales quotas established by the Company.
- To maintain your vehicle & inventory and know you are responsible for them.

# Compensation

## PAY STRUCTURE

- A salary is to be paid on every Friday within a given year, based on a Thursday to Wednesday workweek.
- Once a pre-seller or driver has been assigned to a route, he will be entitled to a performance based monthly arbitrary bonus, determined by the program in place which will change from time to time at management's discretion. However, the arbitrary bonus will be adjusted according to his job performance and his adherence to company rules and policies such as returning expired product. This determination will be made by his supervisors, managers, and corporate officers. Discretionary bonuses are paid out monthly, on the third payday after the start of the following month.  Branch Manager must submit paperwork by the second week. Any employee terminated for cause will not be eligible for any discretionary bonus.
- Revised discretionary bonus structures will be issued from time to time separately from this handbook as the company deems fit.
- There will be a one-year, $1,500 annual pay reduction (not deduction) for your first at-fault accident.  In other words your salary will be reduced.  Second at-fault accidents in a one-year period, will result in an additional $2,000 annual salary reduction. Going accident free for a one-year period will result in reinstatement of your higher salary.
- Any fraud, i.e. phony accounts, accounts with different names, manipulation of free promotional cases, etc. will void any possible arbitrary bonus and be subject to prosecution at management's discretion.  All stolen product, etc. will be valued and a 1099 Income report will be sent to the IRS.
- Vehicle maintenance and cleanliness and clarity of your paperwork will remain a factor in your ability to receive your discretionary bonus check.
- Signed petty cash forms allow us to deduct from your discretionary bonus for lost equipment or money or product shortages.

# Recruitment

The Beverage Works provides equal employment opportunity to all applicants on the basis of demonstrated ability, experience, and training. As positions become available within the company, prior to outside recruitment, the hiring manager shall determine the availability of qualified candidates within the company. Recruitment may be conducted through schools, employment agencies, and company advertising. The Company bulletin board will typically display all current openings.

- 19 -

# Employee Referral Bonus Program

The purpose of the Employee Referral Bonus Program is to provide an incentive award to a current employee in a full-time equivalent (FTE) position who brings new talent to The Beverage Works by referring applicants who are subsequently selected and successfully employed in a hard-to-fill position.

Eligibility and Participation
Applicant - Applicants are persons not currently employed with the hiring agency.
Referring Employee - All employees in FTE equivalent positions are eligible to receive a referral bonus with the exception of at least the following:
- Employees whose regular, recurring, jobs include the recruitment of employees
- Selecting manager/supervisor or other persons associated with the selection of the candidate
- All HR Department employees

Referral Bonus Amount
Referral bonus payments may be paid in a lump sum or in periodic payments until the new employee has completed his or her probationary period. Payments cannot be made until the referred candidate has been employed for a minimum of three months. For example: a $200 referral bonus can be structured as follows:
- $100 referral bonus awarded after three months from the hire date
- $100 referral bonus awarded at the end of the probationary period

Referral Bonus Program Administration
The Referral Program operates in accordance with the following program requirements:
• Referral bonuses are awarded at the discretion of management with The Beverage Works having final approval authority.


The following mandatory deductions will be made from every employee's gross wages: federal income tax, Social Security FICA tax, and applicable city and state taxes. Every employee must fill out and sign a federal withholding allowance certificate, IRS Form W-4, on or before his or her first day on the job. This form must be completed in accordance with federal regulations. The employee may fill out a new W-4 at any time when his or her circumstances change. Employees who paid no federal income tax for the preceding year and who expect to pay no income tax for the current year may fill out an Exemption from Withholding Certificate, IRS Form W-4E. Employees are expected to comply with the instructions on Form W-4. Questions regarding the propriety of claimed deductions may be referred to the IRS in certain

- 20 -

circumstances. Other optional deductions include the portion of group health insurance not paid by the company, which is deducted from each payroll check. Other voluntary contributions, such as union dues are also deducted each pay period. Every employee will receive an annual Wage and Tax Statement, IRS Form W-2, for the preceding year on or before January 31. Any employee, who believes that his or her deductions are incorrect for any pay period, or on Form W-2, should check with payroll at the Wall, NJ office immediately. Your supervisor/manager will give you time to do this during the workday.

Expense Reports:

Expense checks will be issued on the first and the fifteenth of each month.  Receipts for gas, tolls, maintenance and parking must be in the office with a completed expense report, no later than 5 days prior to the first and the fifteenth of each month. Unusual expenses must be cleared with main office, prior to expenditure.  Expense reports more than 30 days old will not be accepted.

# Benefits

Any benefit statements or descriptions provided in this Employee Handbook are simply summaries to help you understand your benefits.

If you have any questions regarding your benefits, please call the Human Resources Department.  The Beverage Works currently provides benefits illustrated below to those employees who meet the eligibility requirements.

**While The Beverage Works hopes to continue the programs listed, it reserves the right to amend or terminate any plan at any time with or without notice and for any reason.** The Beverage Works makes no promise to continue these benefits in the future and the right to future benefits will never vest.  Upon termination, the rights of the eligible employee to benefits are limited to claims incurred and due up to the date of termination.

Medical Benefits:

The Beverage Works currently offers health care plans to all full-time employees.  All new employees will be eligible for health insurance on the first day after 180-days. Coverage for employee's family members is available at additional cost for PPO's only.  Cost for family will be deducted from pay of eligible employee.  Eligible employees interested in coverage for a spouse and/or dependent may join the plan but are required to pay any and all additional costs in effect at that time in accordance with all SPD and/or master plan documents.

Any employee covered by another person's health plan (spouse, parent, etc.) is not entitled to health care coverage by The Beverage Works. Hiding such coverage is punishable by immediate termination. Any employee working for a minimum of one year, who is covered only by another person's health plan, will receive a $500 discretionary bonus check in the month of June of each year.

For specific information regarding any medical plan please refer to the SPD and master plan documents and/or a Union contract.

## Paid Time Off:

- Hours away from work that were previously designated as Sick time are now called Paid Time off or "PTO"
- PTO will now be used in lieu of vacation and sick time. Any time taken will come out of this PTO allotment.

## New and existing employees

New employees will be given 32 hours of PTO when they reach their 12 week probationary period.

## Vacation

Based on anniversary date (date hired) full time employees will receive:

After completion of one (1) year – 40 hours (1 week)
After completion of two (2) years – 80 hours (2 weeks)
After completion of five (5) years – 120 hours (3 weeks)*

*The third week vacation of 40 hours will be paid to employee one month after the employee's 5th anniversary and will be paid as an additional pay check with no vacation days to be taken, or employee may request a third (3rd) week off.

*All vacation time given at anniversary date must be used before re-set of the next anniversary date. No remaining time will be carried over into next year. "Use it or lose it!"*

## Military Leave

You must use your vacation if you are called to serve in the National Guard. If you have maneuvers for two weeks and only have one week's vacation, you will be paid for the second week. If you are called to extended service you will be paid your vacation time and your job will be guaranteed when you return.

- 22 -

- If you are out of work for any reason, that amount will be taken out of PTO. Employees cannot "request to go unpaid" for the day and save their PTO. If you exhaust your allotted PTO time, any additional time off will go unpaid.
- If by your anniversary of date of hire, you have not utilized your PTO time it will be reset. This is a "use it or lose it" policy.
- Blacked out days are as follows:
  - Week before and after:
    - New Years, Labor Day, Thanksgiving, Christmas.
- When using PTO days employees are to seek written approval from their managers at least 1 month in advance. The earlier the better. PTO requests that arise as a result of an unforeseen event like illness or bereavement must be communicated either verbally or in person and no later than 6:30am of the day taken. Leaving a message with office personnel, the office answering machine, or colleagues other than your supervisor is not acceptable.
- Holidays are as follows. All employees have off on these days. Anyone calling in unapproved PTO the day before or the day after the holiday will not be paid for the Holiday or the PTO day.
  - New Year's Day, Memorial Day, 4th of July, Labor Day, Thanksgiving, Christmas.
- The following holidays are paid Holidays. All employees are required to work and are paid double time for these days:
- Martin Luther King Jr. Day, Good Friday, Presidents Day.

## Probationary Employees:

- All new employees are subject to a 180-day probationary period.

## The Family and Medical Leave Act

Under the Federal Family and Medical Leave Act, any eligible employee who has been employed for at least twelve months and who has worked at least 1,250 hours during the preceding twelve months is eligible to take up to twelve work weeks of **unpaid** leave during any twelve month period for the following reasons:

- Birth of a child and to care for that child;
- Placement with the employee of a child for adoption or for Foster care;
- To care for a spouse, child, or parent who has a serious health condition;
- Because of an employee's own serious health condition that makes the employee unable to perform the functions of the employee's position; or

- Because of any qualifying exigency arising out of the fact that the spouse, or a son, daughter, or parent of the employee is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.

Employees taking unpaid leave pursuant to this section must utilize all accrued paid time off (i.e., vacation time and personal days) during this period.

All Company benefits that operate on an accrual basis will cease to accrue during a period of FMLA leave when The Beverage Works is not providing compensation.  The Beverage Works, Inc. will continue to pay its portion of health care coverage under the group health plan for any employee who is eligible for such health care coverage and continues his or her health care coverage during the period of FMLA leave.  Employees are responsible to continue to pay the amount of their own contribution for such health care coverage during the period of FMLA leave.  Payment arrangements should be made with the Group Insurance Administrator.

If an employee and his or her spouse are both employed by The Beverage Works their combined FMLA leave is twelve weeks for the birth of a child, adoption of a child, placement of a child from foster care, or to care for a parent who has a serious health condition.  If an employee (whose spouse also works for The Beverage Works) has taken a portion of the leave and thereafter needs to take FMLA leave for reasons other than the birth of a child, adoption of a child, placement of a child from foster care, or to care for a parent who has a serious health condition, the employee will be eligible to take the difference between his or her portion of the leave previously taken and the twelve week maximum.

Any employee who needs FMLA leave must provide The Beverage Works, Inc. with at least thirty days written notice before the start of the leave, if the need for leave is foreseeable.  Where the need for FMLA leave is not foreseeable, employees must provide The Beverage Works with as much notice as practicable.

The Beverage Works requires any employee requesting leave for an ill spouse, child or parent to complete all necessary forms in accordance with FMLA.

Employees must present a return to work authorization from their doctor when returning from a medical leave taken due to the employee's own illness.

Employees will be returned from FMLA leave to their former position or an equivalent position with substantially equivalent employment benefits, pay, and other terms and conditions of employment. Exceptions to this provision may apply if business circumstances have changed (e.g., if the employee's position is no longer available due to a job elimination). Exceptions may also apply for certain highly compensated employees under certain conditions.

The rights provided in this FMLA policy do not preempt any state or local laws providing greater protection.[1]

ANY QUESTIONS REGARDING ELIGIBILITY FOR FMLA LEAVE SHOULD BE DIRECTED TO HUMAN RESOURCES.   TO APPLY FOR FMLA LEAVE, CONTACT HUMAN RESOURCES TO OBTAIN THE REQUISITE FORMS.

<u>Workers' Compensation:</u>

The Beverage Works, Inc. is covered under statutory Worker's Compensation Laws. If you suffer a work-related illness or injury, you must notify your immediate supervisor or Human Resources immediately. In the case of an on-the-job injury, your supervisor or Human Resources is required to complete the appropriate Workers' Compensation forms in accordance with applicable Federal, State and Local Laws.

<u>Accident or Illness on the Job</u>

If you become ill or injured while at work or witness a co-worker's illness or injury, notify your supervisor immediately. It is important that you provide a clear description of the circumstances so that The Beverage Works may take prompt and appropriate action.

## Conditions of Employment

<u>Conflicts of Interest:</u>

---

[1] New Jersey employees may be eligible for an **unpaid** leave under the New Jersey Family Leave Act if you worked for The Beverage Works, Inc. for at least one year and worked at least 1,000 base hours during the 12-month period immediately preceding the leave. However, unlike the FMLA, leave, leave under the NJFLA is not provided for an employee's own serious health condition or for the placement of a child for foster care.

If a leave is for a purpose covered by both the FMLA and NJFLA (e.g. child care for a newborn or care for a parent, child or spouse with a serious health condition), then the leave is counted under both laws and runs concurrently.

You have an obligation to avoid situations in which your personal interest conflicts or appears to conflict with the interests of The Beverage Works

Situations may arise that typically create or appear to create a conflict of interest. The actions listed below are prohibited. However, they are not an exhaustive list of all potential conflicts of interest. As The Beverage Works wishes to avoid the appearance of conflicts, any questions regarding conflicts of interest should be addressed to the President.

- You cannot accept any gifts of more than a nominal value (not to exceed $50.00), loan, service, payment, money, excessive entertainment, vacation, pleasure trip, or promotional favor from any person or entity that is a competitor of or that is doing or seeking to do business with The Beverage Works.

- Performing any service, either as an officer, president, employee or consultant for another person or entity that is a competitor of The Beverage Works while employed by The Beverage Works is expressly prohibited without the written approval of the President.

- Purchasing or leasing goods or equipment on behalf of The Beverage Works from persons or entities to which the employee is related or in which the employee has an interest of making any such purchases or leases other than generally on the basis of price, quality or service.

Conflicts arise when there is opportunity for personal gain apart from the normal rewards of The Beverage Works employment. Conflicts may also arise when an employee is a victim of unfortunate circumstances that can cause an embarrassing situation and expose The Beverage Works to criticism.

As a result, you must avoid any personal or business transactions or financial situations that may affect your objective and loyal representation of The Beverage Works. Further, you must advise your supervisor or Human Resources of any potential or perceived conflict of interest.

Violations of this Conflict or Interest Policy will lead to disciplinary action, up to and including termination of employment.

## Outside Employment

You may accept jobs outside The Beverage Works provided such outside employment does not interfere with your employment here, reflect unfavorably on The Beverage Works, or result in a real or perceived conflict of interest as provided herein. In addition, The Beverage Works prohibits working for any competitor, without express written approval of the President.



## Solicitation, Distribution and Sales:

To avoid the disruption of business activity, The Beverage Works prohibits solicitation for any purpose during working hours. In addition, The Beverage Works prohibits distribution of non-business material during work time.

## Ethical Standards:

People identify you with The Beverage Works on both a personal and business level. Therefore, The Beverage Works expects you to observe the highest standards of business ethics.

## **Attendance and Promptness:**

In order to maintain our leadership position we must commit to specific delivery schedules and quality standards. Excellent attendance and timeliness by everyone helps the company meet this goal. Absence from work is time away from the job and includes failure to report to work and/or remain at work as scheduled. To ensure we meet our accountability, we must adopt the following guidelines:



### Start Time:

- The start time for all regular employees is between 6:00 am and 7:30 a.m., depending on your Branch's loading schedule unless otherwise requested or authorized.

### Call-In Procedures:

- Employees must report absences prior to 6:00 a.m. the start of their scheduled work day. "Reporting" is direct communication with your supervisor, not voice mail, text messages or e mail. A no call/no show is a very serious offense and will result in disciplinary action up to and including immediate termination of employment.
- An employee who does not call in and report his/her absence for three consecutive days to a manager will be considered to have voluntarily quit.

- PTO requests that arise as a result of an unforeseen event like illness or bereavement must be communicated either verbally or in person and no later than 6:00 am of the day taken.  Leaving a message with office personnel, the office answering machine, or colleagues other than your supervisor is not acceptable and grounds for immediate termination.

Attendance and tardiness are factors considered in the evaluation of job performance.  A pattern of excessive or habitual absenteeism and/or tardiness is subject to disciplinary action up to and including termination of employment.

Employer Security:

To promote a safe and healthful workplace environment for all and to protect the company property, confidential, and proprietary information, The Beverage Works shall require that all employees display at all times during working hours an identification badge which shall contain an employee's photograph and name.

Outside Activities:

The Beverage Works wants all of our employees to be healthy and active; however, we must issue the following statement.  If you are invited to any outside activities by any of your Managers, Admins, Supervisors or Peers, these activities are not sanctioned by the Company. These outside activities are not mandatory, required or otherwise to be construed as company sponsored or sanctioned activities. Only an official notice from The Beverage Works' New Jersey Headquarters can make an outside activity sanctioned or mandatory.

Early Departure Policy:

Leaving work early should be avoided.  A pattern of excessive or habitual early departures is subject to disciplinary action up to and including termination of employment.  Since hourly employees are paid based on the hours worked, no payment is made in the event of the employee's early departure.

# The Beverage Works NY, Inc. Employment Arbitration Policy

A. STATEMENT OF INTENT
The Beverage Works NY, Inc. ("Beverage Works") acknowledges that disagreements may arise between an individual employee and Beverage Works or between employees in a context that involves Beverage Works. Beverage Works believes that the resolution of such

disagreements is best accomplished through internal dispute resolution procedures such as those set forth in the Discrimination and Harassment policy in The Beverage Works Employee Handbook ("IDR"), and, where that fails, by arbitration administered by the American Arbitration Association ("AAA"). Employees and Beverage Works benefit from the use of private arbitration because it usually results in quicker, less costly resolution of disagreements than litigation in state or federal courts. For these reasons, Beverage Works has adopted this Employment Arbitration Policy ("Policy"). This Policy is a binding contract between Beverage Works and its employees.

Acceptance of employment or continuation of employment with Beverage Works is deemed to be acceptance of this Policy. However, this Policy is not a promise that employment will continue for any specified period of time or end only under certain conditions. Employment at Beverage Works is a voluntary (at will) relationship existing for no definite period of time and this Policy does not change that relationship.

## B. SCOPE OF POLICY

The agreement between each individual employee and Beverage Works to be bound by the Policy creates a contract requiring both parties to resolve most employment-related disputes (excluded disputes are listed below) that are based on a legal claim through final and binding arbitration. Arbitration is the exclusive forum for the resolution of such disputes, and the parties mutually waive their right to a trial before a judge or jury in federal or state court in favor of arbitration under the Policy. The disputes covered under this Policy include any dispute between an employee and any other person where: (1) the employee seeks to hold Beverage Works liable on account of the other person's conduct, or (2) the other person is also covered by this Policy and the dispute arises from or relates to employment, including termination of employment, with Beverage Works. The disputes covered under this Policy also include any dispute Beverage Works might have with a current or former employee which arises or relates to employment.

Employees are encouraged to exhaust the IDR process before initiating arbitration. If an employment-related dispute is not resolved through the IDR process and the dispute is based on a legal claim not expressly excluded from this Policy, any party to the dispute may initiate the arbitration process. Beverage Works is not required to follow the steps of either IDR or the Policy before initiating or implementing any disciplinary action.

A dispute is based on a legal claim and is subject to this Policy if it arises from or involves a claim under any federal, state or local statute, ordinance, regulation or common law doctrine regarding or relating to employment discrimination, terms and conditions of employment, or termination of employment including, but not limited to, the following: Title VII of the Civil

Rights Act of 1964, the Civil Rights Act of 1866 and 1991, the Equal Pay Act of 1963, Section 1981 of the Civil Rights Act, the Workers Adjustment and Retraining Notification Act, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Uniformed Services Employment and Reemployment Act of 1994, the Fair Labor Standards Act of 1938, the Sarbanes-Oxley Act of 2002, the New Jersey Family Leave Act, the New Jersey Law Against Discrimination, the New Jersey statutory provisions regarding retaliation/discrimination for filing a workers' compensation claim, the New Jersey Conscientious Employee Protection Act and all applicable amendments and regulations; any whistleblower or retaliation claims; breach of contract, promissory estoppel, or any other contract claim, and defamation, employment negligence, or any other tort claim.

The following claims are not subject to arbitration under this Policy: (1) any criminal complaint or proceeding; (2) any claim covered by state unemployment insurance and/or state workers' compensation benefit laws, except that claims for retaliation pursuant to these laws shall be subject to arbitration under this Policy; (3) any claim under the National Labor Relations Act; and (4) claims for benefits under a plan that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). Any dispute covered by this Policy will be arbitrated on an individual basis. No dispute between an employee and Beverage Works may be consolidated or joined with a dispute between any other employee and Beverage Works, nor may an individual employee seek to bring his/her dispute on behalf of other employees as a class or collective action. Any arbitration ruling by an arbitrator consolidating the disputes of two or more employees or allowing class or collective action arbitration would be contrary to the intent of this Policy and would be subject to immediate judicial review.

This Policy does not preclude an employee from filing a claim or charge with a governmental administrative agency, such as the National Labor Relations Board, the Department of Labor, and the Equal Employment Opportunity Commission, or from filing a workers' compensation or unemployment compensation claim in a statutorily specified forum. In addition, this Policy does not preclude either an employee or Beverage Works from seeking emergency or temporary injunctive relief in a court of law in accordance with applicable law. However, after the court has issued a ruling concerning the emergency or temporary injunctive relief, the employee and Beverage Works are required to submit the dispute to arbitration pursuant to this Policy. The arbitrator will be bound by the applicable law of the employee's principal place of work, without regard to choice of law principles.

An issue is subject to arbitration only if it states a claim under applicable federal, state or local law. An arbitrator or a court of law with jurisdiction shall dismiss, without a hearing on the merits, any matter which does not state a claim under applicable federal, state, or local law.

## C. ARBITRATION RULES AND PROCEDURES

The rules and procedures to be used by the parties are generally based on the Employment Dispute Resolution Rules of the American Arbitration Association ("AAA Rules"). Beverage Works has modified the rules and procedures in certain respects as set forth below. In particular, provisions regarding fees and costs have been modified to provide that many of the costs typically shared by the parties will be borne by Beverage Works. In addition, provisions permitting limited discovery have been added to ensure that both parties have similar access to relevant information. The AAA Rules shall govern issues not specifically addressed by this Policy.

## 1. Initiation of Arbitration Proceeding

a. **Arbitration Initiated by Employee** - Beverage Works shall pay 100 percent in excess of the first twenty-five dollars ($25) of the required AAA administrative fee. An employee may initiate arbitration by submitting a written demand for arbitration to: Mark Ponsiglione, President The Beverage Works NY, Inc., 1800 Route 34, Suite 203, Wall Township, NJ 07719, with a check for $25 payable to Beverage Works. The demand shall set forth the dispute, including the alleged act or omission at issue, the name, address and telephone number of the employee, and the names of any persons allegedly involved in the act or omission. Within thirty (30) business days of receiving such demand, Beverage Works shall file the demand with the appropriate office of the AAA, together with the applicable administrative fee as provided in the AAA's fee schedule.

b. **Arbitration Initiated by Beverage Works** - Beverage Works may initiate arbitration by submitting a written demand for arbitration to the employee's last home address of record via certified mail or overnight mail. The demand shall set forth the legal claim and dispute, including the alleged act or omission at issue, the name, address and telephone number of the employee, and the names of all persons allegedly involved in the act or omission. Within thirty (30) business days of submitting the demand to the employee, Beverage Works shall file the demand with the appropriate office of the AAA, together with the applicable administrative fee as provided in the AAA's fee schedule. When arbitration is initiated by Beverage Works, the company is responsible for 100% of all AAA administrative fees.

**Appointment of Neutral Arbitrator**

The AAA shall appoint one neutral arbitrator from its Panel of Arbitrators, unless Beverage Works and the employee mutually agree that a panel of three (3) arbitrators be appointed. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" in these Rules shall refer to the panel. The arbitrator shall be appointed in the following manner:

a. as soon as practicable, the AAA shall submit to each party an identical list of nine (9) proposed arbitrators.

b. Each party shall have ten (1 0) business days from the mailing date of the list to cross off names of arbitrators to which the party objects, number the remaining names in order of preference and return the list to the AAA. Each party may strike up to three (3) names without cause.

c. If the party does not return the list within the time specified all persons on the list shall be deemed acceptable.

d. The AAA shall appoint art arbitrator remaining on the list in the order of preference, to the extent the order of preference of the parties can be reconciled by the AAA. In the event the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue an additional list of arbitrator name to the parties.

## 3. Qualifications of Neutral Arbitrator

No person shall serve as a neutral arbitrator in any matter in which that person has or may have any financial or personal interest in the result of the proceeding. Prior to accepting appointment, the prospective arbitrator shall disclose to the AAA any information or circumstance which may be likely to prevent a prompt hearing, create a presumption of bias, or create a conflict of interest. Upon receipt of such information, the AAA shall either replace that person or communicate the information to the parties for comment. The parties must provide comment to the AAA within ten (1 0) business days of receipt of the communication. The parties may waive their right to seek disqualification of the arbitrator. If a party seeks disqualification of the arbitrator due to the potentially conflicting circumstance, the AAA shall make the final and conclusive determination concerning disqualification.

## 4. Vacancies

If a vacancy occurs, if an appointed arbitrator is unable to serve promptly, or if the arbitrator is disqualified under subparagraph 3 above, the vacancy shall be filled in accordance with subparagraph 2.

**Summary Disposition**

The arbitrator shall have the authority to issue an award or partial award without conducting an arbitration hearing on the grounds that there is no claim stated on which relief can be granted or that there is no genuine issue as to any material fact and that a party is entitled to judgment as a matter of law, consistent with Rule 12 and Rule 56 of the Federal Rules of Civil Procedure. Upon the request of either party, the arbitrator will establish a briefing schedule and, if the arbitrator deems it necessary, schedule oral argument prior to considering such motions for summary judgment.

## 6. Date, Time and Place of Hearing

The hearing shall be conducted at the AAA Labor Case Management Center located at 220 Davidson Avenue, Floor 1, Somerset, New Jersey 08873 or at an alternative place mutually agreed to by the parties. The arbitrator shall set the date and time of the hearing, written notice of which must be received by the parties from the AAA or the arbitrator at least ten (1 0) business days in advance of the hearing, unless the parties agree otherwise.

## 7. Representation

Any party may be represented by an attorney or by him or herself. A party must inform the other party and the AAA of the name, address and telephone number of that party's attorney at least three (3) business days prior to the date set for the hearing.

## 8. Confidentiality

All proceedings under this Policy are private and confidential, unless applicable law provides to the contrary. The arbitrator shall maintain the privacy and confidentiality of the arbitration hearing unless applicable law provides to the contrary. The arbitrator shall have the authority to make appropriate rulings to safeguard the confidentiality.

## 9. Attendance at Hearing

The arbitrator shall have the power to require the exclusion of any witness, other than the party, or other essential person, during the testimony of any other witness. In general, any person who has a direct interest in the arbitration is permitted to attend the arbitration hearing. The arbitrator shall determine whether any other person may attend the hearing.

## 10. Postponement

The arbitrator, for good cause shown, may postpone any hearing upon the request of the party or upon the arbitrator's own initiative, and shall also grant such postponement when all of the parties agree to a postponement.

## 11. Oaths

Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator may require witnesses to testify under oath administered by a duly qualified person and, if it is required by law or requested by any party, shall do so.

## 12. Stenographic Record

Either party may request a stenographic record of the hearing. The party that requests the record shall bear the cost of such a record. If both parties request a stenographic record, the cost shall be borne equally by the parties.

## 13. Arbitration in the Absence of a Party

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who is present to submit such evidence as the arbitrator may require for the making of the award.

## 14. Discovery

a. **Time for Initiation and Completion of Discovery** - In order to expedite the arbitration, the parties may initiate discovery prior to the appointment of the arbitrator. Unless the arbitrator determines that additional time is necessary, the parties shall complete discovery within ninety (90) days of the appointment of the arbitrator, and neither party shall be required to provide information or documents or otherwise respond to a discovery request received less than thirty (30) days before the date for completion of discovery.

b. **Interrogatory** - Each party shall be entitled to propound and serve upon the other party one interrogatory in a form consistent with Rule 33 of the Federal Rules of Civil Procedure and which shall be limited to a request to identify potential witnesses by providing the following information with respect to each potential witness: name, current address and telephone number and a brief description of the subject of the testimony.

c. **Request for Production of Documents** - Each party shall be entitled to propound and serve upon the other party one set of Requests for the Production of Documents in a form consistent with Rule 34 of the Federal Rules of Civil Procedure and which shall be limited in number to twenty-five (25) requests (including subparts, which shall be counted separately). Parties reserve the right to make objections to any document request on the grounds that

the request is irrelevant, overly broad, vague, and burdensome or any other good faith objection under the Federal Rules of Civil Procedure.

d. **Depositions** - Each party shall be entitled to conduct a maximum of two (2) eight-hour days of depositions of witnesses or of the parties in accordance with the procedures set forth in Rule 30 of the Federal Rules of Civil Procedure. In addition, each party shall be entitled to conduct a maximum of one (1) eight-hour day of depositions of expert witnesses designated by the other party.

e. **Physical and Mental Examinations** - Each party shall be entitled to obtain discovery consistent with Rule 35 of the Federal Rules of Civil Procedure.

f. **Arbitrator Authority** - The arbitrator shall have the authority to resolve all issues concerning discovery that may arise between the parties. In addition, the arbitrator shall have the authority to issue subpoenas for the appearance of witnesses or the production of documents pursuant to applicable law.

g. **Prehearing Submissions** - At least thirty (30) days prior to the hearing, the parties are required to exchange lists of witnesses, including any expert witnesses, who the parties anticipate will be called to testify at the hearing. In addition, the parties are required to exchange copies of all exhibits the parties intend to introduce as evidence at the hearing.

## 15. Briefs
Each party shall be entitled to file a pre-hearing brief and/or post-hearing brief with the arbitrator setting forth legal and factual arguments. The arbitrator shall have the authority to set deadlines for the filing of such briefs to avoid undue delay in the proceedings.

## 16. Evidence
The arbitrator shall be the judge of the admissibility, relevance and materiality of the evidence offered.

## Closing of Hearing
The arbitrator shall determine whether the parties have any further evidence to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator shall declare the hearing closed.

## 18. Reopening of the Hearing

The hearing may be reopened on the arbitrator's initiative, or upon application of a party, at any time before the award is made. The arbitrator may reopen the hearing and shall have fourteen (14) days from the closing of the reopened hearing within which to make an award.

## 19. Waiver of Procedures

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures has not been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

## 20. Time of Award

The award shall be made promptly by the arbitrator unless otherwise agreed by the parties or specified by law. The arbitrator shall be instructed to make the award within thirty (30) days of the hearing or as soon as possible thereafter.

## 21. Award

a. **Form-** The award shall be in writing and shall be signed by the arbitrator. If any party requests, the arbitrator shall issue an opinion in writing, which shall set forth in summary form the reasons for the arbitrator's determination. All awards shall be executed in the manner required by law.

b. **Scope of Relief** - The arbitrator shall follow the rules of law of the state which is the employee's principal place of work, any applicable Federal law, and the rules as stated in this Policy. The arbitrator shall have the authority to grant any remedy or relief (including attorneys' fees where authorized by statute) that the arbitrator deems just and equitable and which is authorized by and consistent with applicable law, including applicable statutory limitations on damages. The arbitrator shall not have the authority to award damages or penalties to any entity or individual that is not a party to the arbitration. The arbitrator shall have the authority to award counsel fees if the arbitrator finds that the demand for arbitration was frivolous, vexatious or was not submitted in good faith.

c. **Final Judgment-** The award shall be final and binding upon all parties to the arbitration.

## 22. Delivery of Award to Parties

The award shall be delivered to a party upon placement of the award, or a true and correct copy thereof, addressed to the party or attorney at the last known address in the U.S. mail, certified, return receipt requested; personal service of the award, or a true and correct copy thereof; or filing of the award in any manner that is permitted by law.

## 23. Severability
If any portion of this Policy is held to be void or unenforceable, the remainder of this Policy will be enforceable and any part may be severed from the remainder, as appropriate.

## 24. Judicial Proceedings and Enforcement of Awards
Either party may bring an action in a court of competent jurisdiction to compel arbitration under this Policy, to enforce an arbitration award, or to vacate an arbitration award. Neither the AAA nor any arbitrator in a proceeding under these procedures is a necessary party in judicial proceedings relating to the arbitration.

## 25. Expenses
The expenses of witnesses for each side shall be paid by the party requiring the presence of such witnesses. Each side shall pay its own legal fees and expenses, except where such legal fees and expenses may be awarded under applicable law. All other expenses (except Postponement Fees or Additional Hearing Fees resulting from the actions or inactions of the employee or the employee's representative) of the arbitration, such as required travel and other expenses of the arbitrator (including any witness produced at the direction of the arbitrator), and the expenses of a representative of AAA, if any, shall be paid by Beverage Works. This allocation of expenses may not be changed by the arbitration award. However, if the arbitrator finds that the employee's or Beverage Works' demand for arbitration is frivolous, or vexatious, or was not filed in good faith, the arbitrator may require the offending party to reimburse the other party for the arbitrator's expenses.

## 26. Service of Notice
Any notice necessary or proper for the initiation or continuation of an arbitration under these procedures, for any related court action, or for the entry of judgment on an award made under these procedures may be served on a party by U.S. Mail or by commercial delivery courier, addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held. The AAA, the arbitrator, and the parties may also use facsimile transmission or other written forms of electronic communication to give the notice required by these procedures, provided that such notice is confirmed by telephone or subsequent mailing to all affected parties.

## 27. Time Period for Arbitration
The written Demand for Arbitration must be received within the time period allowed pursuant to the statute, regulation, or other law applicable to the alleged act or omission giving rise to the dispute.

- 37 -

## 28. Interpretation and Application of Procedure

The arbitrator shall interpret and apply these procedures insofar as they relate to the arbitrator's powers and duties. All other procedures shall be interpreted and applied by the AAA.

## d. Amendment or Termination of Policy

Beverage Works reserves the right to amend, modify or discontinue the Policy at any time in its sole discretion to the extent permitted by applicable law. Such amendments shall be made by separate notification to all employees and shall be effective thirty (30) calendar days after such amendments are provided and will apply on a going forward basis. Continuation of employment after receiving such amendments will be considered acceptance of the amended terms.

## e. Effective Date

This Policy became effective on Dec 1, 2013 for all persons employed by Beverage Works. All arbitrations shall be conducted in accordance with the Policy in effect on the date the Beverage Works' President receives the Demand for Arbitration.

## Drug-Free and Alcohol-Free Workplace Policy:

The Beverage Works values its employees and recognizes each person's need for a safe and healthy work environment. The use of alcohol or drugs on the job is considered unsafe and a counterproductive work practice and your conduct at work affects the people you work with and our students. As a result, The Beverage Works is committed to maintaining a safe workplace, free from illegal drug use and the misuse of alcohol and prescription or over the counter drugs. In accordance with this commitment The Beverage Works provides a drug-free workplace in accordance with the Drug-Free Workplace Act of 1988 and has adopted the following substance abuse policy.

You must comply with the requirements set forth in this statement. Any questions regarding this policy should be directed to your immediate supervisor or the Human Resources Department.

The prohibited activities listed below are contrary to our values and specifically to our Substance Abuse Policy:

- Use, possession, sale, distribution, manufacture, purchase, transfer or transportation of any controlled substance or illegal drug.

- 38 -

- Consumption of alcoholic beverages on The Beverage Works premises

- Possession of alcoholic beverages on The Beverage Works premises, except when beverages are in the manufacturer's original container and the seal remains unbroken

- Having illegal drugs or controlled substances in your system while on The Beverage Works premises or conducting The Beverage Works business.

- Having alcohol in your system in sufficient quantities to interfere with your ability to perform assigned duties in a productive manner, or cause you to be an increased safety risk either to yourself, co-workers, students or The Beverage Works property.

- Abuse of prescription or over the counter drugs.

An employee's use or possession of medication that has been lawfully prescribed and which is used within the limits of a valid prescription will not be considered a violation of The Beverage Works' policy, **provided** the medication does not impair the employee's ability to perform his/her job in a safe and efficient manner. This policy also does not apply to over the counter medications **provided** that the medication is being used according to the packaged instructions and does not impair the employee's ability to perform his/her job in a safe and efficient manner. However, failure to report to your supervisor the use of a prescription drug or over-the-counter drug, which may alter your behavior or physical or mental ability, interfere with your ability to perform assigned duties in a productive manner, or cause you to be an increased safety risk to yourself, co-workers, or The Beverage Works property, is a violation of this Substance Abuse policy.

If you are convicted of a violation of any criminal drug statute, and that violation occurred in the workplace, you are required to notify your supervisor within five (5) days after such conviction. "Conviction" means a finding of guilt or acceptance of a guilty plea, including a plea of nolo contendre, or imposition of a sentence, or both, by a judicial body.

If you violate this policy, you will be subject to appropriate disciplinary action, up to and including immediate discharge. Alternatively, at the Company's discretion, you may be required to complete satisfactorily a drug assistance or rehabilitation program.

-39-

An employee who reports to work in violation of this policy will be sent home and non-exempt full-time employees and part-time employees will not be paid for the day.  Further, the employee is subject to disciplinary action, up to and including termination of employment.
<u>Drug and Alcohol Testing Procedure:</u>

All employees and applicants for employment are subject to drug and alcohol testing.  The following types of tests will be conducted:

| Test | Alcohol | Drug |
|---|---|---|
|  |  |  |
| Random | Yes | Yes |
| Reasonable Suspicion | Yes | Yes |

Reasonable suspicion testing will be conducted whenever The Beverage Works has a reasonable basis to believe that the employee is in violation of this policy, such as when an employee's appearance or conduct indicates the use of alcohol and/or drugs.

When requesting or requiring a drug test, The Beverage Works will test for the following controlled substances: (1) Marijuana, (2) Cocaine, (3) Opiates, (4) Amphetamines, (5) Phencyclidine (PCP). All drug testing will be done from urine specimens collected.  The procedures will provide for the following: security for the collection site; chain of custody documentation; use of authorized personnel; privacy during collection; and integrity and identity of the specimen.

Urine specimens collected may be forwarded to a laboratory after the initial test of immunoassay.  This is a screening test to determine drug usage in all five classes of drugs.  If the screening yields positive results for any of the five classes of drugs, a second confirmation test will be done.  The second test is performed by the use of gas chromatography/mass spectrometry techniques.  Only specimens that are confirmed positive on the second or confirmatory test may result in disciplinary action.

The following rules apply in cases where The Beverage Works requests or requires a drug or alcohol test:

   _   Employees and applicants have the right to refuse to undergo a drug or alcohol test.  However, an employee's refusal to undergo any such test may result in disciplinary action, up to and including immediate termination of employment.

- A confirmed positive test for drugs or alcohol may result in disciplinary action, up to and including immediate termination of employment.

- Employees and applicants have the right to offer an explanation for a confirmed positive drug or alcohol test. In addition, employees and applicants may request a confirmatory re-test at the individual's own expense. No adverse action will be taken if a confirmatory retest does not confirm the initial test result.

- All initial testing will be performed by Beverage Works personnel.

- Within three working days after receipt of a positive confirmatory test result, The Beverage Works will provide the applicant or employee with written notice of the results (except in the case of a positive initial screening) and will inform the individual, in writing, of the individual's right to request a copy of the test report. In the case of a positive confirmatory test result, The Beverage Works will also provide the individual with written notice of his right to explain the test result, the right to have a confirmatory retest (at the individual's own expense), and the limitations on taking an adverse action discussed above.

- All test results will be kept confidential.

- Records of drug and alcohol testing will be kept in accordance with federal, state and local regulations. Upon written request, an individual may inspect records relating to his or her drug test and records related to the results of any relevant certification proceedings.

NOTE:    **Employees should be aware that drugs may linger in their system long after they have been used.**

Criminal Drug Conviction:

Employees are required to notify The Beverage Works in writing of any criminal drug conviction involving conduct in the workplace within five days of such conviction. When an employee has been convicted of a work place drug offense he/she will be subject to disciplinary action up to and including termination and/or referred for mandatory participation in a drug-abuse program.

- 41 -

<u>Drug and Alcohol Treatment</u>:

The Beverage Works encourages employees who may have a drug or alcohol problem to seek treatment. Employees will not have their job security or promotional opportunities jeopardized by making a request for help in fighting a substance abuse problem, provided such request is made prior to an event or incident subjecting the employee to disciplinary action under existing policies or a violation of such policy. Subject to applicable law, The Beverage Works may, at its discretion, grant employees time off from work to participate in a drug or alcohol treatment program. Such time off from work will be subject to the terms and conditions of any applicable health insurance plan, salary continuation policies, and applicable law.

Employees who have attended and successfully completed drug or alcohol abuse treatment will be tested prior to their return to work. In addition, such employees must provide medical evidence of their fitness to return to work.

<u>Searches</u>:

In order to protect the property of our employees and The Beverage Works and to promote a safe, productive and efficient workplace, The Beverage Works reserves the right to inspect packages, shopping bags, handbags or other containers an employee carries while entering or leaving the premises. Generally, The Beverage Works will try to obtain the employee's consent to any search. Failure to give consent to such inspection will be cause for disciplinary action up to and including immediate termination of employment.

Employees should note that all vehicles, files, etc., are the property of The Beverage Works and an employee may not use his or her own lock on such property under any circumstances. Such property is used in connection with The Beverage Works employment and an employee should have no expectation of privacy in use of such property. As such, The Beverage Works reserves the right to search all vehicles, files, etc. with or without prior notice.

The Beverage Works is not responsible for any lost, damaged, stolen or destroyed employee personal property. Items of value should not be brought on The Beverage Works' premises, or left in Company vehicles. If an employee chooses to bring such items to work, he or she does so at his own risk.

Nothing in this section should be construed as a limit on The Beverage Works' obligation to cooperate with a search conducted by law enforcement officials without prior notice.

## Confidentiality:

Due to the nature of their work, The Beverage Works employees may have access to information of a confidential nature.  Employees exposed to confidential information understand that confidential information, such as The Beverage Works business or the personal interests of our employees, is the property of The Beverage Works.  These matters should never be revealed or discussed with anyone outside of The Beverage Works

Employees are required to keep this information confidential and may only discuss this information with authorized personnel.   If a question arises, consult your supervisor to clarify the appropriateness of sharing specific information.
Any employee requested to do so must sign a confidentiality agreement stating the employee's agreement not to disclose such confidential information.  Violations of confidentiality may lead to disciplinary action up to and including immediate termination of employment.

## Electronic Communications:

The Beverage Works provides a number of electronic communication systems to facilitate business operations.  These systems, which include cellular telephones, electronic mail, voice mail, facsimile and handheld computers, are for the exclusive use of matters for The Beverage Works' operations, and not for communications of a personal or private nature.

## Cell Phones, Handhelds and Ipads.(See Fleet Safety Manual for cell phone use while driving policy):

- Cell Phones, handhelds and Ipads are provided by the company and therefore are the property of the company. They are to be carried at all times while at work and remain turned on until 8 p.m. weeknights in case management needs to contact you for any reason.
- Customer calls to the office must be returned within a reasonable amount of time.
- Upon separation from the Company, cell phones, handhelds and Ipads with chargers (both home and car) must be returned in good working order.
- Cell phones, handhelds and Ipads are to be used for business purposes only.
- Ipads have Apple Care insurance and a ruggedized case provided by the company *however* each time a device breaks there is a $49 deductible which will be taken from one's discretionary bonus. If a device is broken more than twice, the entire cost of a new device will be deducted from one's discretionary bonus.

<u>PLEASE TAKE CARE OF ALL EQIPMENT!</u>

Employees are expected to create a good impression by following these sampler rules of telephone etiquette:

- Answer the cell phone and return messages promptly
- Identify your name
- Speak clearly
- Be courteous. If you cannot assist the caller, determine who can, and advise the caller.

# Miscellaneous Work Rules and Standards

<u>Employee Records:</u>

It is your responsibility to make sure your Human Resources records are kept up-to-date. Report immediately to your supervisor and Human Resources all changes of address; telephone number; changes in beneficiary designations, dependents for group health insurance policies and/or withholding tax changes; and family status such as births, marriage, death, divorce, legal separation or legal name change. In reaching the employee, The Beverage Works, Inc. will use the information in the employee's Human Resources records. As a result, it is extremely important that contact information is kept up to date.

<u>Vehicles & Vehicle Maintenance:</u>

# Company Policy for Take-home Vehicles

Vehicles are not given to employees with the intent that they have free use or unrestricted use of the vehicle for whatever use they desire. However, we allow certain employees to take vehicles home at night for convenience.

Use of the vehicle is restricted to only the employee; no non-employee drivers such as spouses, or children. Vehicle use is also restricted to business purposes only, and to and from work.

You may request, in writing, using a vehicle owned by the company for a specific purpose such as moving, so we always know what our vehicles are being used for.

Any employee taking a vehicle home is personally responsible for any theft from or vandalism to the vehicle. You must have a safe, legal, secure place to park the vehicle overnight. To Clarify; you will be responsible for any money, merchandise or equipment stolen or vandalized from a vehicle in your possession overnight. Take your money in at night! Do not keep it in the vehicle! In the morning leave the money and the second safe key at home. Do not take the money or the second key on your route unless it is the day you turn the money in.

# Company Policy for All Vehicles

- It is the responsibility of the driver to ensure that their vehicle is properly serviced and maintained by our in-house team of mechanics. Vehicles must have tire pressure checked and must be cleaned on a regular basis, both inside and out. ***BRING ANY ISSUES TO THE ATTENTION OF MANAGEMENT!***
- It is the driver's responsibility to make sure that there is a valid copy of the registration and insurance card in his/her vehicle at all times. A valid state inspection also. ***BRING ANY ISSUES TO THE ATTENTION OF MANAGEMENT!***
- It is the driver's responsibility to make sure that his vehicle safe is working properly and that his security locks and other related items are in working order. ***BRING ANY ISSUES TO THE ATTENTION OF MANAGEMENT!***
- Drivers must, at all times, maintain a valid DUI/DWI free, driver's license, issued by the state in which he/she resides (NY, NJ, and CT ONLY!)
- A company gas card is present in each vehicle. Misuse of this card is misconduct and subject to dismissal and possible prosecution. Employees are to only use the gas card which is assigned to the vehicle. Employees may not expense gas.
- Bad Weather – Severe storms may from time to time cause an occasional missed workday. We make up the days on the first available Saturday.
- Terrorist Attack or Other Catastrophe - In the event of an attack immediately contact your supervisor to let him know where you are and how you are. Immediately return to base, unless otherwise instructed by your supervisor or the police. Once everyone is safely accounted for and back at base a decision will be made on how to proceed from there. Your personal safety is most important to us and should come first at all times.

Dress Code / Grooming:
- Company provided clothing, i.e. shirts, jackets, must be worn at all times while working. And must not be worn after hours or at any other time, especially at Red Bull events or parties.
- No shirts with logos (other than Red Bull) may be worn at any time while working. <u>No exceptions!</u>
- Blue, black or tan Dockers style pants with brown or black non-slip work shoes must be worn while working. No open toe shoes or sandals. Ankle protecting work boots must be worn at all times.
- No baseball caps may be worn at any time.
- Company provided clothing is to be returned upon separation from The Beverage Works. You will be charged back for unreturned items.
- Employees must be neat and presentable to customers at all times.

## Paperwork and Invoices:

- All paperwork is to be complete within the time frame given.
- It must be complete, accurate and legible.
- Intentionally giving misinformation is falsifying of company documents and is cause for dismissal and prosecution.
- Invoices must be complete and accurate. Neatness counts. Remember this is how the company gets paid and thus pays you. Be correct.

## Equipment:

### *For all equipment refer to 'perfect store standards"*

Cooler agreements need to be signed by you and the retailer for all equipment. Under no circumstances are you to place equipment without a signed cold equipment contract.

## To Pre-Sellers and Off Truck-Sellers Regarding Expired Product:

## Purpose
*To clearly define scopes of responsibility and approved process flow concerning short dated and expired product*

## Scope
*This procedure deals exclusively with the policy for managing perishable product in retail inventory and the responsible parties.*

## DEFINITIONS
- expiration date – a date printed on merchandise which indicates that after said date the merchandise is not fit for sale or consumption
- short-dated – merchandise that has an expiration date which is 45 days or less from current date.
- .5 – numeric extension given to short-dated product, used on invoices and inventory counts

## RESPONSIBILITIEs
- Salespersons – Monitor expiration dates of all products in all stock locations of retail stores, rotate merchandise when packing shelves to ensure merchandise with a closer expiration date is sold first, and return product to warehouse before it becomes short dated. Order only .5 merchandise for approved accounts
- Drivers – Rotate merchandise when packing shelves, pick up merchandise ordered for return by salesmen and return to warehouse
- Warehouse Manager – Identify returning short-dated merchandise, segregate and inventory separately

## Policy

- All short coded items on first trip into the trade are to be returned with a shelf life of at least 45 - 60 days or pre-seller will be charged if it expires.
- Returned short dated product will be stripped as the primary pack that it was shipped out as.
- From this point forward the product should be separated and also be labeled and counted as its original SKU number followed by a .5 to distinguish that it is short dated. On the case itself it should have a sticker on all sides to let us know it is short dated.
- Pre-sellers should only be selling this product into accounts that are selling short dated SKU's at a fast pace. There is a special account list by branch available. A list of fast moving accounts can be found in Eostar. This report should be run often and given to the pre-sellers. Accounts that are on this list should always be put in as the alt pack if we do not have the alt pack to send we will send good dated product in its place.
- .5 SKU's should only be loaded if it is specifically requested on a preorder.
- When the product is loaded it should be clearly visible to the driver so that he knows the product is on there and so he can look out for the invoice for which it is intended.
- After the above steps are followed if the product should happen to not sell the pre-seller will not be responsible to pay for it.
- Employees that have .5 cases in their accounts will not be charged if .5 product expires.

## For All Refrigerators:

Nothing may be placed on top of the refrigerators. Refrigerators must stand upright for at least 30 minutes before being plugged in. See "perfect store standards" for further instructions.

## Moving Product in a Store:



- Use a hand truck or worktable dolly to transport product.
- Always bend knees when picking up product.
- Do not twist body while carrying or picking up cases.
- Try to check condition of cases before you pick up the case.

(Some cans might be leaking, causing the cardboard to fall apart.)

<u>Load Out Procedures:</u>

<u>PURPOSE</u>
- To ensure proper checking of company vehicles and product prior to leaving and returning to the warehouse.

<u>SCOPE</u>
- This document provides specific instructions on how a "checker" properly checks trucks and verifies official counting of product by documents provided by a driver/Account Manager.

<u>DEFINITIONS</u>
- SKU- Stock Keeping Unit. A number or code used to identify each unique product or item.
- Item Transfer – An official document that shows what is loaded in the truck based on SKU, and size.
- Strip truck – A list created by the Account Manager of cases that are being returned to the warehouse.

<u>RESPONSIBILITIES</u>

- Checker AM – Verifies all items on the Item transfer are accurate by checking and counting what is actually on the truck. And conduct pre-trip inspections.
- Checker PM – Verifies all strips trucks are by checking and counting prior to doing a full-sync.

<u>Process Flow</u>
- Checker A.M.  ⟹  Checker P.M.

<u>Procedure</u>

Checker A.M.
- Prior to checking/counting the trucks the "checker" must make sure all bay doors are open first.
- Checker must count each SKU, and verify that it matches the items listed on the Item transfer sheet.
- After all items have been checked, the checker is to sign both copies of the Item Transfer.
- Checker must then get a signature on his copy of the Item transfer and filed accordingly.
- Checker must assist the driver perform a pre-trip inspection list prior to leaving the warehouse and is to be signed by the driver.
- Checker must the take all pre-trip inspection sheets and store them in each vehicle   log book.

## Procedure

Checker P.M.
- Checker must make sure no vehicles enter the warehouse before verifying a strip truck.
- Checker must as for 2 copies of the strip truck from the driver and pre-orders if any.
- Checker must count the truck by SKU, and quantity to verify what is listed on the strip truck.
- If strip truck is correct, checker must sign both copies and the driver or account manager must sign the checkers copy and filed
- If a correction needs to be made the checker must be present when changes are made and a new copy must be submitted and verified.
- After strip truck is signed checker must inspect a full-sync and verify completion.
- Checker then informs warehouse personnel the truck has been counted and ready to be loaded.

## APPLICABLE REFERENCES

- Strip truck, Pre-trip Inspection Sheet

- All routes must reconcile every day. Any shortages are the immediate responsibility of the driver and must be corrected every day.

## Receiving a phone call or message that an account needs product:

- Call the account as soon as you receive the message/phone call.
- Make arrangements for delivery. It is important to establish a regular delivery schedule for all accounts. However, it is impossible to go out of our way for every customer. Therefore, we classify two types of customers who run out of product.
- The first are those that did not take enough product or those who did not want to take any product on their regular call day, despite the pre-seller suggesting they take more. (For example: you tell them they need five cases and they only take three.) This customer must wait for their normal delivery day to receive product. We will not make a special trip for this customer.
- The other type of customer, who runs out of product, is the customer who runs out due to error of the pre-seller. (For example: The pre-seller suggests six cases and the customer agrees. However three days later the customer runs out of

product due to poor forecasting of the pre-seller.) For this customer we will make an exception, deliver the product.

## Being given a Special Project:

(A task that is not part of your everyday responsibilities)
- Follow through on request by the time agreed upon.
- Contact the manager or person who gave you the request and confirm its accomplishment.

## Empty Cans (Relevant to NY State Accounts Only)



We are responsible by NYS Department of Environmental Conservation (DEC) regulations for collection of a five-cent-per-can deposit on all Red Bull sold in New York State. From time to time accounts will hold these cans for redemption by The Beverage Works. You are responsible to cheerfully take back the cans, in full case quantities only, and credit the next sale for $1.20 per full case redeemed. When requested, a customer is entitled to a $.48 handling charge per case. You must then take the cans back to your respective branch for proper recycling.

## Hand Held Procedures:

Handheld Procedures – EoMobile
1) Beginning of day (Morning Checkout)
   - *Sync-Sync Manager* then *Sync-Full Sync*
   - *Options-Change User* then highlight your name in the list and enter your password. Screen will read "Accepted! Current User is now John Doe", now tap on *Back* in bottom left hand corner.
   - Verify that your name is in "Current User" and the truck number is correct
   - *Go-Inventory-Truck Levels* print 2 copies and check truck with manager
2) Sales
   - *Go-Customers* then *Find* in bottom toolbar – a list of all your customers appears. Scroll and highlight from the list or search by name or account number. Once the customer is highlighted, tap Select *Customer*.
   - Account Managers need to first enter an inventory of the store, by SKU, into the handheld. The handheld then makes a suggested order based on previously entered "par inventory" values. Only then should an order be placed. AM's

- 50 -

should not enter orders without knowing the rate of sale. Not knowing the rate of sale results in stock outs.

- *Options-Off Truck Sale* then tap *Invoice* enter SKU then tap *Add* then enter qty., repeat to enter other line items, when finished, tap *Back* on bottom toolbar
- If the invoice is a charge, tap *Sign* and have the customer sign the invoice then tap *Okay*
- If the invoice is cash or check, *Options-Payment* then enter payment, then tap *Options-Save*
- Now tap *Options-Save Order-Print final invoice & save* always print 2 copies, one for office and one for customer.

3) End of Day (evening check-in)
- Tap *Back* from your customer list to get back to main screen.
- *Go-Inventory-Preorder* the hh will ask "when do you need this stuff?" then enter the next business date in response. (Important – the preorder needs to be entered in the amount of cases that you want on your truck in TOTAL. Your truck will be loaded to total levels that match the SKUs and qty.'s that appear on your pre-order) Enter SKU then tap *Select* then enter qty., repeat to enter other line items, when finished, tap *Done-Save-Print receipt and save* on bottom toolbar – print 2 copies
- *Go-Inventory-Strip Truck* - No strip truck is to be performed until you are back at the warehouse, in the presence of a "checker." The hh will say "do you want to proceed?" tap yes.
  Enter SKU then tap *Select* then enter qty., repeat to enter other line items, when finished, tap *Done-Save-Print receipt and save* on bottom toolbar – print 2 copies. Wait for manager to review your preorder and strip truck, you both will sign all four documents, and you will retain one of each.
- *Sync-Sync Manager* then *Sync-Full Sync*
- You are finished. Dock your handheld and check in your money and paperwork with admin.

# Administration

<u>Credit & Credit Applications:</u>

All credit accounts are subject to a five (5) case minimum order.  <u>NO EXCEPTIONS!</u>

Credit will be provided for 15 days, only if warranted, for those accounts that are reported as in good standing.  Only exceptional accounts will receive 30 days credit at the sole discretion of management.

It takes approximately 10 working days to process a credit application.  In the interim it will be necessary to collect COD for initial orders for new accounts.

PLEASE! Designate to management any accounts that are seasonal or going out of business.

Order-to-order is permitted with Branch Manager's knowledge and approval.  Use your best judgment on order-to-order accounts because in the event that your account is delinquent 90 days or out of business, and there is no approved credit application on file, the delinquent amount will be deducted from your arbitrary bonus.

PLEASE!  Make sure there are trade references other than Beer and Liquor companies given on the credit application.

# Fork Lift Operators

Reducing the risk of forklift incidents requires a safe work environment, a safe forklift, comprehensive worker training, safe work practices, and systematic traffic management. You can be crushed by the overhead guard or another part of the truck after jumping from an overturning forklift. The operator of a sit-down type forklift should stay with the truck if lateral or longitudinal tip over occurs.

<u>Lifting</u>

Use only an approved lifting cage and adhere to general safety practices for elevating personnel with a forklift. Also, secure the platform to the lifting carriage or forks. Restrict the use of forklifts near time clocks, break rooms, cafeterias, and main exits, particularly when the flow of workers on foot is at a peak (such as at the end of a shift or during breaks). Make every effort to alert other workers when a forklift is nearby. Use horns, audible backup alarms, and flashing lights to warn workers and other forklift operators in the area. Flashing lights are especially important in areas where the ambient noise level is high.

<u>Work Environment</u>

Ensure that workplace safety inspections are routinely conducted by a person who can identify hazards and conditions that are dangerous to workers. Hazards include obstructions in the aisle, blind corners and intersections, and forklifts that come too close to workers on foot. The person who conducts the inspections should have the authority to implement prompt corrective measures.

- Do not operate a forklift unless you have been trained and licensed.
- Obey speed limits, stopping at stop signs, and slowing down and blowing the horn at intersections.
- Let your supervisor know about cracks, crumbling edges, and other defects on loading docks, aisles, and other operating surfaces.
- Report to your supervisor any damage or problems that occur with a forklift during your shift. Do not jump from an overturning, sit-down type forklift.
- Stay with the truck if lateral or longitudinal tip over occurs. Hold on firmly and lean in the opposite direction of the overturn.
- Use extreme caution on grades, ramps, or inclines. Normally you should travel only straight up and down.
- On all grades, tilt the load back if applicable, and raise it only as far as needed to clear the road surface.
- Do not raise or lower the forks while the forklift is moving.
- Do not handle loads that are heavier than the rated weight capacity of the forklift.
- Operate the forklift at a speed that will permit it to be stopped safely.
- Slow down and sound the horn at intersections and other locations where vision is obstructed.
- Look toward the path of travel and keep a clear view of it.
- Do not allow passengers to ride on forklift trucks unless a seat is provided.
- When dismounting from a forklift, always set the parking brake, lower the forks, and neutralize the controls.
- Do not drive up to anyone standing in front of a bench or other fixed object.
- Do not use a forklift to elevate workers who are standing on the forks.
- Do not elevate a worker on a platform unless the vehicle is directly below the work area.
- Whenever a truck is used to elevate personnel, secure the elevating platform to the lifting carriage or forks of the forklift.
- Do not drive to another location with the work platform elevated.

## EMPLOYEE HANDBOOK & FLEET SAFETY MANUAL
## ACKOWLEGDEMENT AND ATTESTATION

My signature below is to acknowledge that I have received the The Beverage Works Employee Handbook ("Handbook") and/or the Fleet Safety Manual ("FSM"). I have also received a copy of the The Beverage Works Statements regarding Equal Employment Opportunity, Non-Harassment Environment and Sexual Harassment, which are also contained in the Handbook.

I agree to read the Handbook and/or the FSM and familiarize myself with their contents and to abide by their policies. I understand that I am responsible for downloading the Handbook or FSM and if I do not have access to a computer or am unable to download the document, I will call Human Resources immediately and obtain a paper copy of the Handbook or FSM.

I understand and agree that nothing contained in this Handbook or the FSM shall be deemed to create an employment contract between The Beverage Works and myself for either employment or for the providing of any benefit. No promises regarding employment or inducements to take employment have been made or offered to me. I understand and agree that unless otherwise set forth in a separate, written contract, I am an employee-at-will, meaning that The Beverage Works and I have the unrestricted right to terminate the employment relationship, with or without cause or prior notice. I further understand and agree that no employee or agent other than the President is authorized to make any representation altering the at-will relationship, and that any such representation must be in writing.

__ Handbook Received
__ Fleet Safety Manual Received

_____
Employee Name (Printed)


_____  _____
Employee Signature                       Date

# Exhibit C

BEVERAGE WORKS/BROOKLYN → BEV WKS-HQ    007/013

## EMPLOYEE HANDBOOK AND AT WILL
## EMPLOYEE STATUS ACKNOWLEDGMENT

I acknowledge that I have received and read a copy of The Beverage Works NY, Inc. Employee Handbook. I also understand and agree that:

1. Additional information and policies may be implemented from time to time by The Beverage Works, NY, Inc.

2. The Employee Handbook is not an employment agreement or guarantee of employment.

3. My employment with The Beverage Works NY, Inc. is "at-will." I understand that either I or The Beverage Works NY, Inc. may terminate the employment relationship, for any reason or for no reason, at any time with or without notice, regardless of the length of my employment or the granting of benefits of any kind, including but not limited to benefits which provide for vesting based on length of employment.

4. I also understand that no circumstances arising out of my employment will alter my "at-will" relationship. That status as an at-will employee can only be changed through a written agreement duly authorized and executed by the President of The Beverage Works NY, Inc. and me.

5. I understand that no officer, employee or agent of The Beverage Works NY, Inc. Is authorized to make any oral statements, agreements, promises, representations or understandings inconsistent with the contents of this acknowledgment form.

Signature of Employee: _Darnell L. Brunston_

Printed Name of Employee: _Darnell L. Brunston_

Date: _12/13/05_

## EMPLOYEE HANDBOOK AND AT WILL
## EMPLOYEE STATUS ACKNOWLEDGMENT

I acknowledge that I have received and read a copy of The Beverage Works NY, Inc. Employee Handbook. I also understand and agree that:

1. Additional information and policies may be implemented from time to time by The Beverage Works, NY, Inc.

2. The Employee Handbook is not an employment agreement or guarantee of employment.

3. My employment with The Beverage Works NY, Inc. is "at-will." I understand that either I or The Beverage Works NY, Inc. may terminate the employment relationship, for any reason or for no reason, at any time with or without notice, regardless of the length of my employment or the granting of benefits of any kind, including but not limited to benefits which provide for vesting based on length of employment.

4. I also understand that no circumstances arising out of my employment will alter my "at-will" relationship. That status as an at-will employee can only be changed through a written agreement duly authorized and executed by the President of The Beverage Works NY, Inc. and me.

5. I understand that no officer, employee or agent of The Beverage Works NY, Inc. Is authorized to make any oral statements, agreements, promises, representations or understandings inconsistent with the contents of this acknowledgment form.

Signature of Employee: _____

Printed Name of Employee: _Sam Hernandez_____

Date: _6/16/14_____

- 39 -

## EMPLOYEE HANDBOOK
## ACKOWLEGDEMENT AND ATTESTATION

My signature below is to acknowledge that I have received the The Beverage Works Employee Handbook ("Handbook"). I have also received a copy of the The Beverage Works Statements regarding Equal Employment Opportunity, Non-Harassment Environment and Sexual Harassment, which are also contained in the Handbook.

I agree to read the Handbook and familiarize myself with its contents and to abide by its policies. I understand that I am responsible for downloading the Handbook and if I do not have access to a computer or am unable to download the document, I will call Human Resources immediately and obtain a paper copy of the Handbook.

I understand and agree that nothing contained in this Handbook shall be deemed to create an employment contract between The Beverage Works and myself for either employment or for the providing of any benefit. No promises regarding employment or inducements to take employment have been made or offered to me. I understand and agree that unless otherwise set forth in a separate, written contract, I am an employee-at-will, meaning that The Beverage Works and I have the unrestricted right to terminate the employment relationship, with or without cause or prior notice. I further understand and agree that no employee or agent other than the President is authorized to make any representation altering the at-will relationship, and that any such representation must be in writing.

_Jonathan Hill_

**Employee Name (Printed)**

_____ , ___5/6/10___

**Employee Signature**              **Date**

- 53 -

EMPLOYEE HANDBOOK & FLEET SAFETY MANUAL
ACKOWLEGDEMENT AND ATTESTATION

My signature below is to acknowledge that I have received the The Beverage Works Employee Handbook ("Handbook") and/or the Fleet Safety Manual ("FSM"). I have also received a copy of the The Beverage Works Statements regarding Equal Employment Opportunity, Non-Harassment Environment and Sexual Harassment, which are also contained in the Handbook.

I agree to read the Handbook and/or the FSM and familiarize myself with their contents and to abide by their policies. I understand that I am responsible for downloading the Handbook or FSM and if I do not have access to a computer or am unable to download the document, I will call Human Resources immediately and obtain a paper copy of the Handbook or FSM.

I understand and agree that nothing contained in this Handbook or the FSM shall be deemed to create an employment contract between The Beverage Works and myself for either employment or for the providing of any benefit. No promises regarding employment or inducements to take employment have been made or offered to me. I understand and agree that unless otherwise set forth in a separate, written contract, I am an employee-at-will, meaning that The Beverage Works and I have the unrestricted right to terminate the employment relationship, with or without cause or prior notice. I further understand and agree that no employee or agent other than the President is authorized to make any representation altering the at-will relationship, and that any such representation must be in writing.

⟍ Handbook Received
_✓ Fleet Safety Manual Received

*Nicholas Jones*
Employee Name (Printed)

*Nicholas Jones*                 05-05-14
Employee Signature  .                Date

Pacheco

- 40 -

## EMPLOYEE HANDBOOK & FLEET SAFETY MANUAL
## ACKOWLEGDEMENT AND ATTESTATION

My signature below is to acknowledge that I have received the The Beverage Works Employee Handbook ("Handbook") and/or the Fleet Safety Manual ("FSM"). I have also received a copy of the The Beverage Works Statements regarding Equal Employment Opportunity, Non-Harassment Environment and Sexual Harassment, which are also contained in the Handbook.

I agree to read the Handbook and/or the FSM and familiarize myself with their contents and to abide by their policies. I understand that I am responsible for downloading the Handbook or FSM and if I do not have access to a computer or am unable to download the document, I will call Human Resources immediately and obtain a paper copy of the Handbook or FSM.

I understand and agree that nothing contained in this Handbook or the FSM shall be deemed to create an employment contract between The Beverage Works and myself for either employment or for the providing of any benefit. No promises regarding employment or inducements to take employment have been made or offered to me. I understand and agree that unless otherwise set forth in a separate, written contract, I am an employee-at-will, meaning that The Beverage Works and I have the unrestricted right to terminate the employment relationship, with or without cause or prior notice. I further understand and agree that no employee or agent other than the President is authorized to make any representation altering the at-will relationship, and that any such representation must be in writing.

✓ Handbook Received
✓ Fleet Safety Manual Received

Edwin Pacheco
Employee Name (Printed)

Employee Signature          4/30/12
                            Date

## EMPLOYEE HANDBOOK AND AT WILL
## EMPLOYEE STATUS ACKNOWLEDGMENT

I acknowledge that I have received and read a copy of The Beverage Works NY, Inc. Employee Handbook. I also understand and agree that:

1. Additional information and policies may be implemented from time to time by The Beverage Works, NY, Inc.

2. The Employee Handbook is not an employment agreement or guarantee of employment.

3. My employment with The Beverage Works NY, Inc. is "at-will." I understand that either I or The Beverage Works NY, Inc. may terminate the employment relationship, for any reason or for no reason, at any time with or without notice, regardless of the length of my employment or the granting of benefits of any kind, including but not limited to benefits which provide for vesting based on length of employment.

4. I also understand that no circumstances arising out of my employment will alter my "at-will" relationship. That status as an at-will employee can only be changed through a written agreement duly authorized and executed by the President of The Beverage Works NY, Inc. and me.

5. I understand that no officer, employee or agent of The Beverage Works NY, Inc. Is authorized to make any oral statements, agreements, promises, representations or understandings inconsistent with the contents of this acknowledgment form.

Signature of Employee: ___*Lenny Reyes*___

Printed Name of Employee: ___Lenny Reyes___

Date: ___7-11-12___

:49 FAX  718 834 9526          BEVERAGE WORKS/BROOKLYN → BEV WKSBKO

# EMPLOYEE HANDBOOK AND AT WILL
## EMPLOYEE STATUS ACKNOWLEDGMENT

I acknowledge that I have received and read a copy of The Beverage Works NY, Inc. Employee Handbook. I also understand and agree that:

1. Additional information and policies may be implemented from time to time by The Beverage Works, NY, Inc.

2. The Employee Handbook is not an employment agreement or guarantee of employment.

3. My employment with The Beverage Works NY, Inc. is "at-will." I understand that either I or The Beverage Works NY, Inc. may terminate the employment relationship, for any reason or for no reason, at any time with or without notice, regardless of the length of my employment or the granting of benefits of any kind, including but not limited to benefits which provide for vesting based on length of employment.

4. I also understand that no circumstances arising out of my employment will alter my "at-will" relationship. That status as an at-will employee can only be changed through a written agreement duly authorized and executed by the President of The Beverage Works NY, Inc. and me.

5. I understand that no officer, employee or agent of The Beverage Works NY, Inc. Is authorized to make any oral statements, agreements, promises, representations or understandings inconsistent with the contents of this acknowledgment form.

Signature of Employee: _____

Printed Name of Employee: Efrain  F.  Rodriguez

Date: 4/27/12

- 40 -

## EMPLOYEE HANDBOOK & FLEET SAFETY MANUAL
## ACKOWLEGDEMENT AND ATTESTATION

My signature below is to acknowledge that I have received the The Beverage Works Employee Handbook ("Handbook")  and/or the Fleet Safety Manual ("FSM").  I have also received a copy of the The Beverage Works Statements regarding Equal Employment Opportunity, Non-Harassment Environment and Sexual Harassment, which are also contained in the Handbook.

I agree to read the Handbook and/or the FSM and familiarize myself with their contents and to abide by their policies.  I understand that I am responsible for downloading the Handbook or FSM and if I do not have access to a computer or am unable to download the document, I will call Human Resources immediately and obtain a paper copy of the Handbook or FSM.

I understand and agree that nothing contained in this Handbook or the FSM shall be deemed to create an employment contract between The Beverage Works and myself for either employment or for the providing of any benefit.  No promises regarding employment or inducements to take employment have been made or offered to me.  I understand and agree that unless otherwise set forth in a separate, written contract, I am an employee-at-will, meaning that The Beverage Works and I have the unrestricted right to terminate the employment relationship, with or without cause or prior notice. I further understand and agree that no employee or agent other than the President is authorized to make any representation altering the at-will relationship, and that any such representation must be in writing.

✓ Handbook Received
✓ Fleet Safety Manual Received

Whitley W Tavaris JR
Employee Name (Printed)

_____ , 8-1-11
Employee Signature          Date

08/01/2011 13:25 FAX  718 834 9526          BEVERAGE WORKS/BROOKLYN → BEV WKS-HU          ☑ 008/008

# EMPLOYEE HANDBOOK AND AT WILL
# EMPLOYEE STATUS ACKNOWLEDGMENT

I acknowledge that I have received and read a copy of The Beverage Works NY, Inc. Employee Handbook.  I also understand and agree that:

1. Additional information and policies may be implemented from time to time by The Beverage Works, NY, Inc.

2. The Employee Handbook is not an employment agreement or guarantee of employment.

3. My employment with The Beverage Works NY, Inc. is "at-will." I understand that either I or The Beverage Works NY, Inc. may terminate the employment relationship, for any reason or for no reason, at any time with or without notice, regardless of the length of my employment or the granting of benefits of any kind, including but not limited to benefits which provide for vesting based on length of employment.

4. I also understand that no circumstances arising out of my employment will alter my "at-will" relationship. That status as an at-will employee can only be changed through a written agreement duly authorized and executed by the President of The Beverage Works NY, Inc. and me.

5. I understand that no officer, employee or agent of The Beverage Works NY, Inc. Is authorized to make any oral statements, agreements, promises, representations or understandings inconsistent with the contents of this acknowledgment form.

Signature of Employee: _Samuel Torres_

Printed Name of Employee: _SAMUEL TORRES_

Date: _1/26/10_