UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN PACHECO and NICOLAS
JONES, on behalf of themselves and all
others similarly-situated,

                      Plaintiffs,

        -against-

THE BEVERAGE WORKS NY, INC., and
RICARDO VALENTINE, in his individual
and professional capacities,

                    Defendants.
------------------------------------------------------------X

Civil Action No.:
14-CV-5763 (DLI)(MDG)

## DECLARATION OF JEFFREY R. MAGUIRE, ESQ.

I, Jeffrey R. Maguire, am an attorney admitted to practice in the Eastern District of New York declare, under the penalty of perjury, that the foregoing is true and correct based upon my knowledge, information, and belief:

1.     I am an associate at Borrelli & Associates, P.L.L.C. and am counsel for the Plaintiffs in this matter.

2.     True and correct copies of the written requests for arbitration filed by Defendants are attached as Exhibit A.

3.     A true and correct copy of the Plaintiffs' post-hearing brief submitted to the Arbitrator is attached as Exhibit B.

4.     A true and correct copy of Plaintiff Edwin Pacheco's Arbitration Award is attached as Exhibit C.

5.     A true and correct copy of Plaintiff Darnell Brunston's Arbitration Award is attached as Exhibit D.

6.     A true and correct copy of Plaintiff Efrain Rodriguez's Arbitration Award is attached as Exhibit E.

7.     A true and correct copy of Plaintiff Jonathan Hill's Arbitration Award is attached as Exhibit F.

8.     A true and correct copy of Plaintiff Samuel Torres-Soto's Arbitration Award is attached as Exhibit G.

9.     A true and correct copy of Plaintiff Leonard Reyes's Arbitration Award is attached as Exhibit H.

10.    True and correct copies of Plaintiff Edwin Pacheco's paystubs are attached as Exhibit I.

11.    True and correct copies of Plaintiffs' recap receipts are attached as Exhibit J.

12.    A true and correct copy of Plaintiff Leonard Reyes's recap receipt with timestamp is attached as Exhibit K.

13.    True and correct copies of Plaintiffs' manifests are attached as Exhibit L.

14.    True and correct copies of the Beverage Works employee affidavits are attached as Exhibit M.

15.    A true and correct copy of the written disciplinary warning given to Plaintiff Darnell Brunston is attached as Exhibit N.

Dated: New York, New York
         October 30, 2015

By:    _____
         JEFFREY R. MAGUIRE, ESQ. (JM4821)