# EXHIBIT
# I

## Earnings Statement

THE BEVERAGE WORKS NY INC
1600 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Period Beginning: | 04/04/2013 |
| Period Ending: | 04/10/2013 |
| Pay Date: | 04/12/2013 |

00000000153
EDWIN PACHECO
2521 AVE D APT#3
BROOKLYN NY 11226

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
NY: 0
New York Cit: 0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 528.85 | 40.00 | 528.85 | 7,615.44 |
| Overtime | | | | 118.99 |
| Bonus | | | | 2,621.70 |
| Sick | | | | 317.31 |
| Vacation | | | | 105.77 |
| **Gross Pay** | | | **$528.85** | 10,779.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.80 | 36.67 |
| Sick Balance | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7800

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.40 | 1,210.80 |
| | Social Security Tax | -32.79 | 668.31 |
| | Medicare Tax | -7.67 | 156.30 |
| | NY State Income Tax | -19.00 | 333.94 |
| | New York Cit Income Tax | -12.38 | 220.52 |
| | NY SUI/SDI Tax | -0.60 | 9.00 |
| | **Other** | | |
| | Checking 1 | -367.01 | |
| | Union Initiati | -25.00 | 100.00 |
| | Union | | 100.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $528.85

©1990, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE

© 2002 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY BECAUSE THE BACKGROUND AREA OF THIS DOCUMENT CONTAINS A GRADUAL AND EVENLY BLENDING COLOR TRANSITION FROM TOP TO BOTTOM

THE BEVERAGE WORKS NY INC
1600 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Advice number: | 00000150153 |
| Pay date: | 04/12/2013 |

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx xxxx | $367.01 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Earnings Statement**     **ADP**

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Period Beginning: | 04/11/2013 |
| Period Ending: | 04/17/2013 |
| Pay Date: | 04/19/2013 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:        0
  NY:             0
  New York Cit:   0

00000000245
EDWIN PACHECO
2521 AVE D   APT#3
BROOKLYN NY 11226

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 528.85 | 40.00 | 528.85 | 8,144.29 |
| Overtime | | | | 118.99 |
| Bonus | | | | 2,621.70 |
| Sick | | | | 317.31 |
| Vacation | | | | 105.77 |
| **Gross Pay** | | | **$528.85** | 11,308.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.80 | 38.47 |
| Sick Balance | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.40 | 1,275.20 |
| | Social Security Tax | -32.79 | 701.10 |
| | Medicare Tax | -7.67 | 163.97 |
| | NY State Income Tax | -19.00 | 352.94 |
| | New York Cit Income Tax | -12.38 | 232.90 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | **Other** | | |
| | Checking 1 | -392.01 | |
| | Union | | 100.00 |
| | Union Initiati | | 100.00 |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are $528.85

©1998, 2006, ADP, Inc. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - HOLD THE PAPER AT AN ANGLE - A BALANCE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Deposited to the account of
EDWIN PACHECO

THIS IS NOT A CHECK

| Advice number: | 00000160245 |
|---|---|
| Pay date: | 04/19/2013 |

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx xxxx | $392.01 |

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
Q8K  DO14-84  200          000052036 (USD)

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

## Earnings Statement                    ADP

| Period Beginning: | 12/20/2012 |
| Period Ending: | 12/26/2012 |
| Pay Date: | 12/28/2012 |

00000000156
EDWIN PACHECO
2521 AVE D   APT#3
BROOKLYN NY 11226

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  NY:             0
  New York Cit:   0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 528.85 | 40.00 | 528.85 | 17,663.59 |
| Bonus |  |  |  | 7,068.39 |
| Sick |  |  |  | 317.31 |
| Vacation |  |  |  | 105.77 |
| Gross Pay |  |  | $528.85 | 25,155.06 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -84.75 | 2,845.85 |
|  | Social Security Tax | -22.21 | 1,056.51 |
|  | Medicare Tax | -7.67 | 364.75 |
|  | NY State Income Tax | -19.36 | 780.55 |
|  | New York Cit Income Tax | -12.38 | 499.94 |
|  | NY SUI/SDI Tax | -0.60 | 21.00 |
|  | **Other** |  |  |
|  | Checking 1 | -401.87 |  |
|  | Union |  | 25.00 |
|  | Union Initiati |  | 25.00 |
| Net Pay |  | $60.00 |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.80 | 85.69 |
| Sick Balance |  | 0.00 |
| Vac Balance |  | -8.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 782-938-7800

Your federal taxable wages this period are $528.85

©1986, 2008 ADP, Inc. All Rights Reserved.

◀ TEAR HERE

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK ON TOP TO LIGHTER AT BOTTOM

THE BEVERAGE WORKS NY INC
1800 RTE 34 N
SUITE 203
WALL, NJ 07719-9167

| Advice number: | 00000520156 |
| Pay date: | 12/28/2012 |

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx xxxx | $401.87 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK • HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

**Earnings Statement**

**ADP**

| Period Beginning: | 11/29/2012 |
|---|---|
| Period Ending: | 12/05/2012 |
| Pay Date: | 12/07/2012 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:        0
  NY:             0
  New York Cit:   0

00000000154
EDWIN PACHECO
2521 AVE D  APT#3
BROOKLYN NY 11226

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 528.85 | 40.00 | 528.85 | 16,077.04 |
| Bonus | | | | 6,010.14 |
| Sick | | | | 317.31 |
| Vacation | | | | 105.77 |
| Gross Pay | | | $528.85 | 22,510.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.76 | 2,555.96 |
| | Social Security Tax | -22.21 | 945.43 |
| | Medicare Tax | -7.67 | 326.40 |
| | NY State Income Tax | -19.36 | 703.39 |
| | New York Cit Income Tax | -12.38 | 450.61 |
| | NY SUI/SDI Tax | -0.60 | 19.20 |
| | **Other** | | |
| | Checking 1 | -376.87 | |
| | Union | -25.00 | 25.00 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.80 | 76.59 |
| Sick Balance | | 0.00 |
| Vac Balance | | -8.00 |

Important Notes
YOUR COMPANY'S PHONE NUMBER IS 782-938-7800

Your federal taxable wages this period are $528.85

©1998, 2006, ADP, Inc. All Rights Reserved.

THIS IS NOT A CHECK
VOID VOID VOID
NON-NEGOTIABLE

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| Advice number: | 00000480154 |
|---|---|
| Pay date: | 12/07/2012 |

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx xxxx | $376.87 |

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 066 |
|-----|------|-------|-------|----------|-----|
| QSA | 109164 | 803 | | 0000420261 | 2 |

**THE BEVERAGE WORKS NY INC**
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:        0
   NY:              0
   New York Cit    0

Social Security Number:  XXX-XX-XXXX

# Earnings Statement                    ADP

Period Beginning:    10/11/2012
Period Ending:       10/17/2012
Pay Date:            10/19/2012

00000000261
**EDWIN PACHECO**
**2521 AVE D   APT#3**
**BROOKLYN NY 11226**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Bonus | | | 1,094.25 | 4,954.89 |
| Regular | | | | 12,692.40 |
| Sick | | | | 211.54 |
| Vacation | | | | 105.77 |
| **Gross Pay** | | | **$1,094.25** | 17,964.60 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -101.01 | 2,039.21 |
| | Social Security Tax | -45.96 | 754.51 |
| | Medicare Tax | -15.87 | 260.49 |
| | NY State Income Tax | -20.52 | 560.80 |
| | New York Cit Income Tax | -12.94 | 359.24 |
| | NY SUI/SDI Tax | | 15.00 |

| Other | | |
|-------|--|--|
| Checking 1 | -897.95 | |
| **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,094.25

| Other Benefits and information | this period | total to date |
|--------------------------------|-------------|---------------|
| Ny Metro Tax | 3.72 | 61.12 |
| Sick Balance | | 8.00 |
| Vac Balance | | -8.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

©1993-2005, ADP Inc. All Rights Reserved

© 2000 ADP, Inc.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Advice number:    00000420261
Pay date:         10/19/2012

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx7103 | xxxx  xxxx | $897.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

## Earnings Statement

| | | |
|---|---|---|
| Period Beginning: | 10/10/2013 |
| Period Ending: | 10/16/2013 |
| Pay Date: | 10/18/2013 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:       0
NY:            0
New York Cit:  0

Social Security Number: XXX-XX-XXXX

00000000267
EDWIN PACHECO
2521 AVE D   APT#3
BROOKLYN NY 11226

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 901.25 | 9,851.12 |
| Regular | | | | 22,336.54 |
| Overtime | | | | 118.99 |
| Sick | | | | 317.31 |
| Vacation | | | | 567.29 |
| Gross Pay | | | $901.25 | 33,191.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.79 | 3,720.54 |
| | Social Security Tax | -55.88 | 2,057.86 |
| | Medicare Tax | -13.06 | 481.27 |
| | NY State Income Tax | -12.22 | 1,028.83 |
| | New York Cit Income Tax | -9.21 | 670.84 |
| | NY SUI/SDI Tax | | 25.20 |
| | **Other** | | |
| | Checking 1 | -739.09 | |
| | Union | | 250.00 |
| | Union Initiati | | 100.00 |
| | Net Pay | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 3.06 | 112.85 |
| Sick Balance | | 0.00 |
| Vac Balance | | 8.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

Your federal taxable wages this period are $901.25

© 1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2006 ADP, Inc.

VOID VOID VOID VOID
THIS IS NOT A CHECK

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Advice number:    00000420257
Pay date:         10/18/2013

Deposited to the account of
EDWIN PACHECO

| | account number | transit ABA | | amount |
|---|---|---|---|---|
| | XXXXX7103 | XXXX XXXX | | $739.09 |

## NON-NEGOTIABLE

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 09/12/2013 |
| Period Ending: | 09/18/2013 |
| Pay Date: | 09/20/2013 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal;          0
NY:               0
New York Cit:     0

00000000268
**EDWIN PACHECO**
**2521 AVE D   APT#3**
**BROOKLYN NY 11226**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 1,092.75 | 8,949.87 |
| Regular | | | | 20,144.24 |
| Overtime | | | | 118.99 |
| Sick | | | | 317.31 |
| Vacation | | | | 451.91 |
| **Gross Pay** | | | **$1,092.75** | 29,982.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.21 | 3,362.31 |
| | Social Security Tax | -67.75 | 1,858.90 |
| | Medicare Tax | -15.84 | 434.74 |
| | NY State Income Tax | -19.88 | 928.29 |
| | New York Cit Income Tax | -12.90 | 604.99 |
| | NY SUI/SDI Tax | | 22.80 |
| | **Other** | | |
| | Checking 1 | -877.17 | |
| | Union | | 225.00 |
| | Union Initiati | | 100.00 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 3.72 | 101.95 |
| Sick Balance | | 0.00 |
| Vac Balance | | 16.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 762-938-7600

Your federal taxable wages this period are
$1,092.75

©1998, 2006, ADP, Inc. All Rights Reserved

THE BEVERAGE WORKS NY INC
1800 RTE 34 N
SUITE 203
WALL, NJ 07719-9167

| | | |
|---|---|---|
| Advice number: | | 00000360268 |
| Pay date: | | 09/20/2013 |

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx xxxx | $877.17 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

©2000 ADP, Inc

# Earnings Statement



**THE BEVERAGE WORKS NY INC**
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Period Beginning: | 08/15/2013 |
| Period Ending: | 08/21/2013 |
| Pay Date: | 08/23/2013 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    0
  NY:    0
  New York Cit:    0

00000000265
**EDWIN PACHECO**
**2521 AVE D   APT#3**
**BROOKLYN NY 11226**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 1,114.12 | 7,857.12 |
| Regular | | | | 17,951.94 |
| Overtime | | | | 118.99 |
| Sick | | | | 317.31 |
| Vacation | | | | 336.53 |
| **Gross Pay** | | | **$1,114.12** | 26,561.89 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 3.79 | 90.39 |
| Sick Balance | | 0.00 |
| Vac Balance | | 24.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.42 | 2,976.65 |
| | Social Security Tax | -69.08 | 1,648.08 |
| | Medicare Tax | -16.16 | 385.44 |
| | NY State Income Tax | -20.73 | 620.09 |
| | New York Cit Income Tax | -13.47 | 535.45 |
| | NY SUI/SDI Tax | | 20.40 |
| | **Other** | | |
| | Checking 1 | -892.26 | |
| | Union | | 200.00 |
| | Union Initiati | | 100.00 |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are
$1,114.12

©1998, 2006, ADP, Inc. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY. DOCUMENT AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID

THE BEVERAGE WORKS NY INC
1800 RTE 34 N
SUITE 203
WALL, NJ 07719-9167

Advice number:    00000340265
Pay date:    08/23/2013

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| EDWIN PACHECO | xxxxx7103 | xxxx xxxx | $892.26 |

**NON-NEGOTIABLE**

## Earnings Statement

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | | |
|---|---|---|
| Period Beginning: | 09/12/2013 |
| Period Ending: | 09/18/2013 |
| Pay Date: | 09/20/2013 |

00000000267
**EDWIN PACHECO**
**2521 AVE D   APT#3**
**BROOKLYN NY 11226**

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:          0
  NY:               0
  New York Cit:     0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4230 | 32.00 | 461.54 | 20,144.24 |
| Vacation | 14.4230 | 8.00 | 115.38 | 451.91 |
| Overtime | | | | 118.99 |
| Bonus | | | | 7,857.12 |
| Sick | | | | 317.31 |
| **Gross Pay** | | | **$576.92** | 28,889.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.61 | 3,263.10 |
| | Social Security Tax | -35.77 | 1,791.15 |
| | Medicare Tax | -8.37 | 418.90 |
| | NY State Income Tax | -22.08 | 908.41 |
| | New York Cit Income Tax | -14.16 | 592.09 |
| | NY SUI/SDI Tax | -0.60 | 22.80 |
| | **Other** | | |
| | Checking 1 | -424.33 | |
| | Union | | 225.00 |
| | Union Initiati | | 100.00 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.96 | 98.23 |
| Sick Balance | | 0.00 |
| Vac Balance | | 16.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

Your federal taxable wages this period are $576.92

© 1994, 2005, ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc

TEAR HFRF

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Advice number:      00000380267
Pay date:           09/20/2013

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| EDWIN PACHECO | xxxxxx7103 | xxxx xxxx | $424.33 |

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  065
CSS  001 564 555         5000340255

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Period Beginning: | 08/15/2013 |
| Period Ending: | 08/21/2013 |
| Pay Date: | 08/23/2013 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   .0
  NY:   0
  New York Cit:   0

00000000265
EDWIN PACHECO
2521 AVE D   APT#3
BROOKLYN NY 11226

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 576.92 | 40.00 | 576.92 | 17,951.94 |
| Overtime | | | | 118.99 |
| Bonus | | | | 6,743.00 |
| Sick | | | | 317.31 |
| Vacation | | | | 396.53 |
| Gross Pay | | | $576.92 | 25,467.77 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.95 | 86.60 |
| Sick Balance | | 0.00 |
| Vac Balance | | 24.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.61 | 2,874.24 |
| | Social Security Tax | -35.77 | 1,579.00 |
| | Medicare Tax | -8.36 | 369.28 |
| | NY State Income Tax | -22.08 | 799.36 |
| | New York Cit Income Tax | -14.16 | 521.98 |
| | NY SUI/SDI Tax | -0.60 | 20.40 |
| | **Other** | | |
| | Checking 1 | -424.34 | |
| | Union | | 200.00 |
| | Union Initiati | | 100.00 |
| | Net Pay | $50.00 | |

Your federal taxable wages this period are $576.92

©1998, 2006, ADP, Inc.  All Rights Reserved.

©2000 ADP, Inc

TEAR HERE

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

VOID VOID VOID

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Advice number: | 00000340265 |
| Pay date: | 08/23/2013 |

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx xxxx | $424.34 |

**NON-NEGOTIABLE**

# Earnings Statement



THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | |
|---|---|
| Period Beginning: | 07/25/2013 |
| Period Ending: | 07/31/2013 |
| Pay Date: | 08/02/2013 |

00000000158
EDWIN PACHECO
2521 AVE D   APT#3
BROOKLYN NY 11226

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:              0
NY:                   0
New York Cit:         0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 576.92 | 40.00 | 576.92 | 16,221.18 |
| Overtime | | | | 118.99 |
| Bonus | | | | 6,743.00 |
| Sick | | | | 317.31 |
| Vacation | | | | 336.53 |
| **Gross Pay** | | | **$576.92** | 23,737.01 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.61 | 2,659.41 |
| | Social Security Tax | -35.76 | 1,471.69 |
| | Medicare Tax | -8.37 | 344.19 |
| | NY State Income Tax | -22.08 | 733.12 |
| | New York Cit Income Tax | -14.16 | 479.50 |
| | NY SUI/SDI Tax | -0.60 | 18.60 |
| | **Other** | | |
| | Checking 1 | -399.34 | |
| | Union | -25.00 | 200.00 |
| | Union Initiati | | 100.00 |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are $576.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.96 | 80.72 |
| Sick Balance | | 0.00 |
| Vac Balance | | 24.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

THIS IS NOT A CHECK

VOID

NON-NEGOTIABLE

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

| | | |
|---|---|---|
| Advice number: | | 00000010158 |
| Pay date: | | 08/02/2013 |

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx  xxxx | $399.34 |

Sep 10 2014 2:44PM    HP LASERJET FAX

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

## Earnings Statement          ADP

| Period Beginning: | 09/05/2013 |
|---|---|
| Period Ending: | 09/11/2013 |
| Pay Date: | 09/13/2013 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:          0
NY:               0
New York Cit:     0

00000000165
EDWIN PACHECO
2621 AVE D   APT#3
BROOKLYN NY 11226

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 576.92 | 40.00 | 576.92 | 19,682.70 |
| Overtime | | | | 118.99 |
| Bonus | | | | 7,857.12 |
| Sick | | | | 317.31 |
| Vacation | | | | 336.53 |
| Gross Pay | | | $576.92 | 28,312.65 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.96 | 96.27 |
| Sick Balance | | 0.00 |
| Vac Balance | | 24.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-936-7600

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.61 | |
| | Social Security Tax | -35.76 | 3,191.49 |
| | Medicare Tax | -8.36 | 1,755.38 |
| | NY State Income Tax | -22.08 | 410.53 |
| | New York Cit Income Tax | -14.16 | 886.33 |
| | NY SUI/SDI Tax | -0.60 | 577.93 |
| | | | 22.20 |
| | Other | | |
| | Checking 1 | -424.35 | |
| | Union | | 226.00 |
| | Union Initiati | | 100.00 |
| | Net Pay | | $0.00 |

Your federal taxable wages this period are $576.92

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Advice number:    00000370165
Pay date:         09/13/2013

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7103 | xxxx  xxxx | $424.35 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

CO   FILE   DEPT   CLOCK   VCHR. NO.   068
058   001464   300             0000030184

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

# Earnings Statement



| | |
|---|---|
| Period Beginning: | 08/29/2013 |
| Period Ending: | 09/04/2013 |
| Pay Date: | 09/06/2013 |

00000000164
EDWIN PACHECO
2521 AVE D   APT#3
BROOKLYN NY 11226

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:          0
    NY:               0
    New York Cit:     0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 576.92 | 40.00 | 576.92 | 19,105.78 |
| Overtime | | | | 118.99 |
| Bonus | | | | 7,857.12 |
| Sick | | | | 317.31 |
| Vacation | | | | 336.63 |
| **Gross Pay** | | | **$576.92** | 27,735.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.61 | 3,119.88 |
| | Social Security Tax | -35.77 | 1,719.62 |
| | Medicare Tax | -8.37 | 402.17 |
| | NY State Income Tax | -22.08 | 864.25 |
| | New York Cit Income Tax | -14.16 | 563.77 |
| | NY SUI/SDI Tax | -0.60 | 21.60 |
| | **Other** | | |
| | Checking 1 | -399.33 | |
| | Union | -25.00 | 225.00 |
| | Union Initiati | | 100.00 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ny Metro Tax | 1.95 | 94.31 |
| Sick Balance | | 0.00 |
| Vac Balance | | 24.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 732-938-7600

Your federal taxable wages this period are $576.92

© 1998, 2006, ADP, Inc. All Rights Reserved.

---

THE BEVERAGE WORKS NY INC
1800 RTE 34 N,
SUITE 203
WALL, NJ 07719-9167

Advice number:   00000360184
Pay date:   09/06/2013

Deposited to the account of
EDWIN PACHECO

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX7103 | XXXX XXXX | $399.33 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

Sep 10 2014 2:45PM   HP LASERJET FAX

# EXHIBIT

# J

Driver: LENNY REYE

| Invoice#/Expected | Paid | Customer |
|---|---|---|
| Missed Payments and Over/Short Pays | | |
| 6602802612.04 | 0.00 | 10549 BAGEL CONV. 4113 AVE U/BROOKLYN NY 11234 |
| 7802538281.60 | 0.00 | 63358 ROGER'S DISCOUNT BEER & SODA 4517 GLENWOOD RD/BROOKLYN N |
| Total    -93.64 | 0.00 | TOTAL IS OVER BY 93.64 |

| Invoice#/Payment | | Customer |
|---|---|---|
| EFT Payments | | |
| 6602802838.30 | 0.00 | 903022704 7-11 #35049 2474 FLATBUSH AVE/BROOKLYN NY |
| 6602802812.50 | 0.00 | 6732 RITE AID #4613 2324 FLATBUSH AVE/BROOKLYN NY |
| 6602802973.58 | 0.00 | 6876 HESS EXPRESS #32532 2400 FLATBUSH AVE/BROOKLYN NY |
| 6602803934.90 | 0.00 | 6876 HESS EXPRESS #32532 2400 FLATBUSH AVE/BROOKLY) NY |
| 7802536941.20 | 0.00 | 31701 7-11 #27454 2247 UTICA AVE/BROOKLYN NY 11: |
| 7802537840.50 | 0.00 | 31698 7-11 #26673 1970 RALPH AVE/BROOKLYN NY 11 |
| 7802539062.40 | 0.00 | 14638 DUANE READE #14286 1833 NOSTRAND AVE/BROOKLYN N |
| 7802539629.80 | 0.00 | 12953 DUANE READE #14349 750 NEW YORK AVENUE/BROOKLY! |
| 7802540533.70 | 0.00 | 64305 HESS EXPRESS #32515 2211 BEDFORD AVE/BROOKLYN NY |
| 3319.72 | 0.00 | Total EFT Payments |

| Invoice#/Payment | Customer | CASH PAYMENTS |
|---|---|---|
| 499922    70.40 | 90301142 WEST NEW YORK 99 CENTS 1425 NOSTRAND AVE/BROOKLYN NY 11226 | |
| 6602802557.40 | 10549 BAGEL CONV. 4113 AVE U/BROOKLYN NY 11234 | |
| 7802536584.00 | 903022702 NEW TOWN DELI 4323 AVE D/BROOKLYN NY 11203 | |
| 7802537235.60 | 13929 AMOCO #34635 4210 FARRAGUT RD/BROOKLYN NY 11203 | |
| 7802537309.60 | 14372 MANAPO DELI GROCERY 4016 GLENWOOD RD/BROOKLYN NY 11210 | |
| 7802537463.40 | 95900 ALINA'S DELI 1283 ROGER AVE/BROOKLYN NY 11226 | |
| 7802537525.70 | 13718 AWAD GROCERY 1925 NOSTRAND AVENUE/BROOKLYN NY 112 | |
| 7802537692.40 | 5026757 STOP & GO DELI FOOD CENTER 2020 NOSTRAND AVE/BROOKLYN NY 11210 | |
| 7802537173.00 | 10434 5 STAR 3010 GLENWOOD ROAD/BROOKLYN NY 1121 | |

Driver: LENNY REYE

| | | Customer |
|---|---|---|
| | | Short Pay, |
| | | 03022701 |
| | | EW TOV N DELI |
| | | 23 AVE D/BROOKLYN .. |
| 7802491945. | | 4 H DELI GROCERY 323 AVE H/BROOKLYN N |
| 7802492525  02 | | 26757 DP & GO DELI FOOD   3:1 E. 2 1F   JTRAND AVE   2 5 4 |
| 7802495936 | 2.3 | AI |
| 7802490927.09 | 1. | 59840 GROCERY & F 24 HES I hav |
| 7802494461.20 | 0.00 | 63358 ROGER'S DISCOUNT BEER & SODA 4517 GLENWOOD RD/BROOKLYN N |
| 7802494521.07 | 0.00 | 63358 ROGER'S DISCOUNT BEER & SODA 4517 GLENWOOD RD/BROOKLYN N |
| Total    -258.53 | 0.00 | TOTAL IS OVER BY 258.53 |

| Invoice#/Payment | | Customer |
|---|---|---|
| EFT Payments | | |
| 66027539.   S | 0.00 | 61788 7-11 #33704 1619 AVE M/BROOKLYN NY 11230 |
| 66027536 -5.44 | 00 | 61788 7-11 #33704 1619 AVE M/BROOKLYN NY 11230 |
| 7802491842.70 | 0.00 | 4874 RITE AID #4690 4123 AVE D/BROOKLYN NY 11203 |
| 7802492219.62 | 0.00 | 1 AVE/BROOKLYN |
| 7802492342.70 | 0.00 | DUANE READE #  94 2141 NOSTRAND AVE/BROOKLYN N |
| 310.89 | 0.00 | Total EFT Payments |

| Invoice#/Payment | Customer | CASH PAYMENTS |
|---|---|---|
| 6602753240.20 | 98146 AVE M CONVENIENCE STORE 1624 AVE M/BROOKLYN NY 11221 | |
| 6602753377.90 | 95143 A & A NEW STAND AND DELI 1608 AVE M/BROOKLYN NY 11230 | |
| 6602753492.40 | 1711 ARIF NEWS & GROCERY 1821 AVE M/BROOKLYN NY 11230 | |
| 6602753256.40 | 59756 INTERNATIONAL NEWS 1524 AVE M/BROOKLYN NY 11230 | |
| 7802491358.50 | 20651 AVENUE H DELI 4924 AVE H/BROOKLYN NY 11234 | |
| 7802491495.10 | 14372 MANAPO DELI GROCERY 4016 GLENWOOD RD/BROOKLYN NY 11210 | |
| 7802491546.20 | 13929 AMOCO #34635 4210 FARRAGUT RD/BROOKLYN NY 11203 | |
| 7802491163.00 | 903022702 NEW TOWN DELI 4323 AVE D/BROOKLYN NY 11203 | |

# EXHIBIT

# K

Payments Recap    Handheld: 70    11/08/12 06:27P
Driver: LENNY REYES

Invoice#xpected    Paid    Customer
Missed Payments and Over/Short Pays
6602802612.04    0.00    10549
BAGEL CONV.
4113 AVE U/BROOKLYN NY 11234

7802538281.60    0.00    63358
R?GER'S DISCOUNT BEER & SODA
4417 GLENWOOD RD/BROOKLYN N

Total    -93.64    0.00    TOTAL IS OVER BY 93.64

Invoice#ayment    Customer
EFT Payments
6602802838.30    0.00    903022704
7-11 #35049
2474 FLATBUSH AVE/BROOKLYN NY

6602802812.50    0.00    732
RITE AID #4613
2324 FLATBUSH AVE/BROOKLYN NY

6602802973.58    0.00    6876
HESS EXPRESS #32532
2400 FLATBUSH AVE/BROOKLYN NY

6602803834.90    0.00    6876
HESS EXPRESS #32532
2400 FLATBUSH AVE/BROOKLYN NY

7802536941.20    0.00    31701
7-11 #27454
2247 UTICA AVE/BROOKLYN NY 11;

7802537040.50    0.00    31698
7-11 #26673
1970 RALPH AVE/BROOKLYN NY 11

7802539062.40    0.00    14638
DUANE READE #14286
1833 NOSTRAND AVE/BROOKLYN N

7802539629.80    0.00    12953
DUANE READE #14349
750 NEW YORK AVENUE/BROOKLY;

7802540533.70    0.00    64305
HESS EXPRESS #32515
2211 BEDFORD AVE/BROOKLYN NY

3319.72    0.00    Total EFT Payments

Invoice#ayment    Customer
CASH PAYMENTS
499922    70.40    90301142
WEST NEW YORK 99 CENTS
1425 NOSTRAND AVE/BROOKLYN NY 11226

6602802557.40    10549
BAGEL CONV.
4113 AVE U/BROOKLYN NY 11234

7802536984.00    903022702
NEW TOWN DELI
4323 AVE D/BROOKLYN NY 11203

7802537235.60    13929
AMOCO #34635
4210 FARRAGUT RD/BROOKLYN NY 11203

7802537309.60    14372
MANAPO DELI GROCERY
4016 GLENWOOD RD/BROOKLYN NY 11210

7802537463.40    95900
ALINA'S DELI
1283 ROGER AVE/BROOKLYN NY 11226

7802537525.70    13718
AWAD GROCERY
1925 NOSTRAND AVENUE/BROOKLYN NY 112

7802537692.40    5026757
STOP & GO DELI FOOD CENTER
2020 NOSTRAND AVE/BROOKLYN NY 11210

# EXHIBIT
# L

| Str Nm | Address | Enrgy | SF |
|---|---|---|---|
| GREEN CAFE-599 | 599 6TH AVE | 0 | 0 |
| ACE L LINE NEWSTAND | 81 8TH AVE | 7 | 1 |
| 10TH AVE GOURMET-311 | 311 10TH AVE | 2 | 1 |
| 17TH STREET GOURMET | 134 8TH AVE | 1 | 1 |
| 7-11 #35621 | 368 8TH AVE | 4 | 0 |
| 7-11 #35630 | 302 8TH AVE | 5 | 0 |
| 7TH AVENUE CONVENIENCE | 200 7TH AVENUE | 3 | 0 |
| 8TH AVE 24 HR GROCERY | 215 8TH AVE | 1 | 1 |
| A & R NEWS | 110 W HOUSTON | 2 | 0 |
| BAGEL MAVEN CAFE | 362 7TH AVE | 2 | 0 |
| CAFE OLYMPIA-761 | 761 6TH AVE | 2 | 3 |
| CVS #2435 | 75 CHRISTOPHER ST | 1 | 2 |
| CVS #2671 | 750 6TH AVE | 4 | 3 |
| DOLPHIN GOURMET DELI | 320 W 14TH ST | 3 | 1 |
| DUANE READE #14160 | 71 W 23RD ST | 4 | 4 |
| DUANE READE #14246 | 777 6TH AVE | 3 | 3 |
| DUANE READE #14319 | 180 W 20TH ST | 1 | 0 |
| DUANE READE #14409 | 611 6TH AVE | 7 | 5 |
| DUANE READE #14421 | 131 8TH AVE | 5 | 3 |
| FRESH FOOD MARKET | 386 CANAL STREET | 3 | 1 |
| GARDENIA DELI | 404 8TH AVE | 0 | 3 |
| GRAB & GO-388 | 388 6TH AVE | 2 | 4 |
| GRISTEDE'S #545 | 225 9TH AVE | 2 | 3 |
| HOUSTON VARICK SMOKE SHOP | 206 VARICK ST | 2 | 3 |
| JAM NEWSTAND | 135 W 3RD ST | 1 | 1 |
| LILY FARM | 297 7TH AVE | 2 | 2 |
| LONDON TERRACE GROCERY C | 250 10TH AVE | 1 | 2 |
| LUKOIL-239 | 239 10TH AVE | 6 | 2 |
| M & M MARKET DELICATESSE | 529 BROOME ST | 5 | 2 |
| MERCI MARKET | 168 7TH AVE | 2 | 2 |
| NONNA GOURMET | 800 WASHINGTON ST | 5 | 0 |
| NORTH VILLAGE DELI | 78 8TH AVENUE | 2 | 4 |
| PRIME ESSENTIALS | 345 BROADWAY | 2 | 1 |
| RITE AID #10531 | 300 W 20TH ST | 3 | 1 |
| RITE AID #4195 | 282 8TH AVE | 9 | 2 |
| SOHO GARDEN | 309 W BROADWAY | 2 | 0 |
| SOHO NEWS INT'L | 186 PRINCE STREET | 1 | 1 |
| SPEEDY DELI | 350 9TH AVENUE | 0 | 1 |
| SUNAC NATURAL FOOD-4 W | 4 W 18TH ST | 2 | 1 |
| SUPER DELI-350 | 350 W 14TH ST | 5 | 2 |
| TASTI D.LITE | 203 SPRING STREET | 2 | 1 |
| THOMPSON FINEST | 20 THOMPSON STREET | 3 | 4 |

899 - 1     465 - 2
633 - 1     466 - 2
457.1 - 1   625 - 1
            624 - 1
            879 - 1

ny 3

| | Address |
|---|---|
| GENERAL NEWS | 375 HUDSON ST |
| UNIQUE CONV. STORE | 228 VARICK ST |
| GETTING HUNGRY | 225 VARICK ST |
| HOUSTON VARICK SMOKE SHOP | 206 VARICK ST |
| B.J MAGAZINE INC. | 200 VARICK ST |
| CVS #2558 | 307 6TH AVE |
| DUANE READE #14159 | 378 6TH AVENUE |
| S.S. INTERNATIONAL NEWS | 405 6TH AVE |
| FRESH POND | 65 8TH AVE |
| ACE L LINE NEWSTAND | 81 8TH AVE |
| 100 8TH AVE FOOD CORP. | 100 8TH AVE |
| GRISTEDE'S #597 | 221-225 8TH AVE |
| CHELSEA GROCERY/DELI | 239 8TH AVE |
| CVS #601 | 272 8TH AVE |
| RITE AID #4195 | 282 8TH AVE |
| GNC #2321 | 275 7TH AVE |
| HAPPY NEWSTAND | 275 7TH AVE |
| BROADWAY CAFE | 1123 BROADWAY |
| SCOTT POWERS STUDIOS | 135 WEST 29TH STREET |
| DUANE READE #14138 | 833 7TH AVE |
| ARISTOCRAT DELI GOURMET | 208 W 23RD ST |
| DUANE READE #14293 | 140 W 23RD ST |
| ANA NEWS INC. | 174 W 23RD ST |
| CHELSEA HYPER MARKET | 366 W 23RD ST |
| NILESH ENTERPRISE | 364 W 23RD ST |
| CVS #10041 | 500 W 23RD ST |
| CHELSEA GOURMET DELI | 259 7TH AVE |
| 7TH AVENUE CONVENIENCE | 200 7TH AVENUE |
| 14TH ST GOURMET DELI | 67 W 14TH ST |
| MAGAZINE & CO. | 11 W 14 ST |
| DUANE READE #14143 | 24 E 14TH ST |
| METRO DRUGS-14TH ST | 7 W 14TH ST |
| VALENTINO MARKET | 74 5TH AVE |
| DUANE READE #14224 | 761 BROADWAY |
| J.N. NATURAL FRUIT & DELI | 202 6TH AVE |
| HUDSON SQUARE CAFE-HUDSON ST | 333 HUDSON ST |
| GATEWAY NEWSTAND-350 | 350 HUDSON ST |
| HUDSON SQUARE PHARMACY | 345 HUDSON ST |
| LITTLE ITALY PIZZA & | 180 VARICK ST |
| JAZZY'S | 163 VARICK ST |

BJ MAGAZINE 80
JUST DELICIOUS

80 VARICK ST
80 VARICK ST

EDWIN

| Name | Address | Enrgy | SF |
|---|---|---|---|
| GENERAL NEWS | 375 HUDSON ST | | |
| HUDSON SQUARE PHARMACY | 345 HUDSON ST | 1 | 1 |
| CHELSEA BAGEL AND CAFE | 139 W 14TH ST | 3 | 3 |
| S.S. INTERNATIONAL NEWS | 405 6TH AVE | 1 | 0 |
| 100 8TH AVE FOOD CORP. | 100 8TH AVE | 1 | 2 |
| 10TH AVE GOURMET-311 | 311 10TH AVE | 7 | 1 |
| 14TH ST GOURMET DELI | 67 W 14TH ST | 0 | 0 |
| 7-11 #36008 | 194 7TH AVE. | 8 | 2 |
| 7-11 #39253 | 103 W 14TH ST | 4 | 1 |
| ABINGDON MARKET | 1 ABINGDON SQ | 2 | 0 |
| ANA NEWS INC. | 171 W 23RD ST | 3 | 1 |
| ARISTOCRAT DELI GOURMET | 208 W 23RD ST | 5 | 1 |
| B.J MAGAZINE INC. | 200 VARICK ST | 1 | 0 |
| BAGELS ON THE SQUARE | 7 CARMINE ST | 2 | 1 |
| BJ MAGAZINE-80 | 80 VARICK ST | 3 | 0 |
| CHELSEA DELI PIZZA | 301 10TH AVE | 0 | 0 |
| CHELSEA GOURMET DELI | 259 7TH AVE | 0 | 0 |
| CHELSEA GROCERY/DELII | 239 8TH AVE | 4 | 1 |
| CVS #10041 | 500 W 23RD ST | 1 | 0 |
| CVS #2558 | 307 6TH AVE | 6 | 4 |
| CVS #601 | 272 8TH AVE | 7 | 2 |
| DUANE READE #14138 | 333 7TH AVE | 3 | 1 |
| DUANE READE #14159 | 378 6TH AVENUE | 6 | 4 |
| DUANE READE #14260 | 77 7TH AVE | 4 | 4 |
| DUANE READE #14293 | 140 W 23RD ST | 5 | 3 |
| GATEWAY NEWSTAND-350 | 350 HUDSON ST | 2 | 3 |
| GETTING HUNGRY | 225 VARICK ST | 1 | 3 |
| GREEN TOMATO | 295 7TH AVE | 1 | 0 |
| GREENWICH FARM | 33 GREENWICH AVE | 2 | 2 |
| H & H FRUIT MARKET | 471 6TH AVE | 4 | 0 |
| HIGH LINE GRILL | 315 10TH AVE | 1 | 1 |
| HOUSTON VARICK SMOKE SHOP | 206 VARICK ST | 0 | 0 |
| HUDSON BAGELS | 502 HUDSON ST | 3 | 1 |
| HUDSON SQUARE CAFE-HUDSON ST | 333 HUDSON ST | 0 | 0 |
| HUDSON SQUARE NEWS | 225 VARICK ST | 1 | 1 |
| JAZZY'S | 163 VARICK ST | 0 | 0 |
| JUST DELICIOUS | 80 VARICK ST | 1 | 0 |
| LITTLE ITALY PIZZA & | 180 VARICK ST | 2 | 1 |
| MAX CONVENIENCE | 364 W 23RD ST | 2 | 0 |
| RITE AID #4195 | 282 8TH AVE | 2 | 1 |
| RITE AID #4196 | 188 9TH AVE | 1 | 1 |
| RITE AID #4261 | 501 6TH AVE | 0 | 0 |
| UNIQUE CONV. STORE | 228 VARICK ST | 2 | 0 |
| | | 4 | 0 |

# EXHIBIT

# M

*EFFRAIN RODRIGUEZ*

## AFFIDAVIT

*Osvaldo rodriguez*, declares under penalty of perjury: I am an employee of The Beverage works NY, Inc. I have been employed since _____ as a delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

*Utica AVE, Flatlands. AVE    ( BK 3 )*

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

SIGNED _____

DATE *5/5/15*

State of New York

County of Kings

On the 5th day of May in the year2015 before me, the undersigned, personally appeared

*OSWALDO RODRIGUEZ*, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

Notary Public, Jeffrey C. Brown

JEFFREY C. BROWN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/30/2017

*by app Packages // TAVARIS*

## AFFIDAVIT

*Christian  Aybar*, declares under penalty of perjury: I am an employee of

The Beverage works NY, Inc. I have been employed since _____ as a

delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

*Lower westside  from  canal  to  32nd st  NY3*

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

*Christian  Aybar*

SIGNED

*5/5/2015*

DATE

State of New York

County of Kings

On the 5th day of May in the year 2015 before me, the undersigned, personally appeared

*CHRISTIAN  AYBAR*, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

Notary Public, Jeffrey C. Brown

JEFFREY C. BROWN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/30/2017

## AFFIDAVIT

_Steven Montero_, declares under penalty of perjury: I am an employee of The Beverage works NY, Inc. I have been employed since _____ as a delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

_Down down brooklyn, Dumbo, clifton hills Park slope (BK 4)_

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

_Steven M_
SIGNED

_05/5/15_
DATE

State of New York

County of Kings

On the 5th day of May in the year 2015 before me, the undersigned, personally appeared

_Steven Nontino_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

_Notary Public/Jeffrey C. Brown_

JEFFREY C. BROWN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/30/2017

SAM TORRES

## AFFIDAVIT

Yoldanny Hidalgo , declares under penalty of perjury: I am an employee of

The Beverage works NY, Inc. I have been employed since _____ as a

delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

My route covcy's most of Midtuwn/Penn Statin (NY 5)

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

SIGNED _____    DATE 5/5/15

State of New York

County of Kings

On the 5th day of May in the year 2015 before me, the undersigned, personally appeared

Yoldanny Hidaloc , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

_____
Notary Public Jeffrey C. Brown

JEFFREY C. BROWN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/30/2017

*JONATHAN HILL*

## AFFIDAVIT

Tacettin Yigit Yapar _____, declares under penalty of perjury: I am an employee of The Beverage works NY, Inc. I have been employed since _____ as a delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

Williamsburg / Bushwick / Broadway (Bk6) _____

_____

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

SIGNED _Tacttij Y. Yapar_                    DATE _5.5.2015_

State of New York

County of Kings

On the 5th day of May in the year 2015 before me, the undersigned, personally appeared

_____JONATHAN YAPEN_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

Notary Public, Jeffrey C. Brown

JEFFREY C. BROWN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/30/2017

## AFFIDAVIT

_Israel Guevara_, declares under penalty of perjury: I am an employee of

The Beverage works NY, Inc. I have been employed since _____ as a

delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

_STATEN ISLAND , Port RichMON D , ForesT AVE._
_Victory BIVD ,_

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

_____    _5 - 5 · 15 ._
SIGNED                                              DATE

State of New York

County of Kings

On the 5th day of May in the year 2015 before me, the undersigned, personally appeared

_ISRAEL GUEVARA_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

_____
Notary Public, Jeffrey C. Brown

JEFFREY C. BROWN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/30/2017

DARNEL BRUNSTON

# AFFIDAVIT

Jonathan Rojos. , declares under penalty of perjury: I am an employee of The Beverage works NY, Inc. I have been employed since 1/11/10 as a delivery sales driver.

I work at the Brooklyn facility. My route consists of delivering Red Bull Products in

UP QUEENS. FLUSH, college Point whitestone, BAYside, fresh meadow (QNY)

I always finish my route in 8 hours or less and I am fully aware that I should contact Rick Valentin if I feel my route could not be completed in 8 hours. The foregoing statements made by me are true. I am aware that if they are false I am subject to punishment.

The foregoing

Jonathan Rojos
SIGNED

5/5/2015
DATE

State of New York

County of Kings

On the 5th day of May in the year 2015 before me, the undersigned, personally appeared

JONATHAN ROJAS , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Brooklyn, NY.

Notary Public, Jeffrey C. Brown

My Commission Expires 8/30/2017
NOTARY PUBLIC OF NEW JERSEY
JEFFREY C. BROWN

# EXHIBIT N

Brunston 3.

## The Beverage Works of NY
### Disciplinary Notice

Employee's Name: Darnell Brunston

Dates of Previous Counseling: _____

Type of Disciplinary Action:     (Check One)

[✓] VERBAL Warning
[ ] FIRST Written Warning
[ ] SECOND Written Warning
[ ] FINAL Warning (Suspension Without Pay)     Days _____  Dates: _____

Date of Disciplinary Notice: _____     Time Of Disciplinary Notice: _____

Reason for Disciplinary Action:

[ ] Attendance Problem       Number tardies/ early quits: _____   Number absences:
[ ] Service Issues           [ ] Inventory Issues                 _____
[ ] Paperwork/Money deposit  [ ] Insubordination
[ ] Other (specify)          _____

Date of Violation: 5-2-2011 _____  Time of Violation: _____

Location of Violation: idlise _____

Witness (If Any): _____

Description of Violation: Start time is no later then bottom. Darnell show't up at

Expected Correction: _____

Failure to Correct This Problem Will Result in further Disciplinary Action and/or Termination

Supervisor's Name: Isaac Collazo     Supervisor's Signature Isaac Collazo

This should Be Signed by the Employee and Supervisors.

Employee's Signature: Darnell Brunston     Date: 5-2-11

Witness' Name & Signature: _____     Date: _____