**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWIN PACHECO and NICOLAS JONES, on behalf of themselves and all others similarly-situated,<br><br><br>Plaintiffs,<br><br><br>vs.<br><br>THE BEVERAGE WORKS NY, INC., and RICARDO VALENTINE, in his individual and professional capacities,<br><br><br>Defendants. | Civil Action No. 14-5763 (DLI) (MDG) |

**DECLARATION OF SUSAN B. BURNS, ESQ.**

I, Susan B. Burns, declare as follows:

1.    I am an attorney-at-law admitted to practice in the state of New York and an associate in the law firm of Jasinski, P.C., attorneys for Defendants The Beverage Works NY, Inc. and Ricardo Valentine. I am familiar with the facts of this matter as it relates to this matter.

2.    I make this Declaration in support of Defendants' opposition to Plaintiffs' motion to vacate the Arbitration awards.

3.    Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' complaint against Defendants, Civil Action

No. 14-cv-5763.

4.    Attached hereto as Exhibit B is a true and correct copy of the consent to join forms signed by Darnell Brunston, Efrain Rodriguez, Samuel Hernandez, Whitley Tavaris Jr., Samuel Torres-Soto, Jonathan Hill, and Lenny Reyes.

5.    Attached hereto as Exhibit C is a true and correct copy of the Court's order dated October 27, 2014 extending Defendants' time to answer or otherwise respond to the complaint.

6.    On or about December 2, 2014 Defendants filed a motion in leiu of an answer seeking to compel Plaintiffs to arbitrate their claims in accordance with the requirements of the collective bargaining agreement between the parties

7.    Attached hereto as Exhibit D is a true and correct copy of the Stipulation filed on January 8, 2015 staying the federal court action pending arbitration.

8.    On May 6, 2015 and May 7, 2015, the parties engaged in arbitration with respect to seven of the nine Plaintiffs – Pacheco, Jones, Brunston, Rodriguez, Hill, Torres-Soto, and Reyes.

9.    Attached hereto as Exhibit E is a true and correct copy of the collective bargaining agreement between the parties marked as an Exhibit at the Arbitration Hearing conducted on May 6, 2015 and May 7, 2015.

2

10. Attached hereto as Exhibit F is a true and correct copy of Defendants' Employee Handbook marked as an Exhibit at the Arbitration Hearing conducted on May 6, 2015 and May 7, 2015.

11. Attached hereto as Exhibit G is a true and correct copy of Defendants' post-hearing brief.

12. Attached hereto as Exhibit H are true and correct copies of the unpublished decisions cited to in Defendants' Memorandum of Law.

I declare under penalties of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Dated: December 4, 2015

JASINSKI, P.C.
Attorneys for Defendants

By: _____
SUSAN B. BURNS

3